1  Brent H. Blakely (SBN 157292)
   BLAKELY LAW GROUP
2  915 North Citrus Avenue
   Hollywood, California 90038-2401
3  Telephone: (323) 464-7400
   Facsimile: (323) 464-7410
4
   *Attorneys for Plaintiffs Rocawear*
5  *Licensing LLC, Roc Apparel Group LLC*
   *and Christian Casey LLC dba Sean John*
6
7
8              UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10
                                        CV07-00768 AHM
                                                 (SHx)
11  ROCAWEAR LICENSING, LLC, a New      ) CASE NO.
    Jersey Limited Liability Company; ROC )
12  APPAREL GROUP LLC, a New York Limited ) **COMPLAINT FOR DAMAGES**
    Liability Company; CHRISTIAN CASEY   ) **FOR:**
13  LLC, a New York Limited Liability Company )
    dba SEAN JOHN,                       ) 1. **TRADEMARK**
14                                        )    **INFRINGEMENT (15 U.S.C.**
                     Plaintiffs,          )    **§1114);**
15                                        )
                 v.                       ) 2. **FALSE OR MISLEADING**
16                                        )    **DESCRIPTIONS AND**
    BIG KAHUNA, an entity of unknown origin; )  **REPRESENTATIONS, AND**
17  GARYWOOD CLOTHING INC., an entity of )   **DILUTION (15 U.S.C. §1125);**
    unknown origin; ROBERT NEFF, an      )
18  individual; GRAND ILLUSIONS, an entity of ) 3. **INFRINGEMENT OF**
    unknown origin; JEANS EXPRESS, an entity )    **CALIFORNIA AND COMMON**
19  of unknown origin; YUNG J. LEE, an   )    **LAW;**
    individual; LEADERS, an entity of unknown )
20  origin; EDDIE ADNANE, an individual; )  4. **INJURY TO BUSINESS**
    MAGIC TOUCH INTERNATIONAL INC., )        **REPUTATION AND DILUTION**
21  an entity of unknown origin; PANTS STORE, )    **(Cal. Bus. & Prof. Code §14330);**
    an entity of unknown origin; MICHAEL GEE, )
22  an individual; K-MOMO INC., an entity of ) 5. **UNFAIR COMPETITION AND**
    unknown origin; HUN SO CHONG, an     )    **UNFAIR PRACTICES (Cal. Bus.**
23  individual; ELIZABETH Y. VONDRAN, an )    **& Prof. Code §§17200-17208);**
    individual; CLOTHING INTERNATIONAL )
24  INC., an entity of unknown origin; DANIEL ) 6. **CIVIL RICO (18 U.S.C. §1962**
    G. DEANDA, an individual; CORTEZ MEN'S )    **et. al.);**
25  CLOTHING, an entity of unknown origin; )
    GLOBAL TRADING COMPANY, an entity ) 7. **CONSPIRACY; AND**
26  of unknown origin; HARRY BERKSHIRE, an )
    entity of unknown origin; JOHN KIM, an ) 8. **UNJUST ENRICHMENT**
27  individual; ICED OUT GEAR, an entity of )
    unknown origin; DAVE GASPORIAN, an   )
28  individual; JEAN FELESKY, an entity of ) **JURY TRIAL DEMANDED**

                              1.

FILED
CLERK, U.S. DISTRICT COURT
FEB - 1 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

DOCKETED ON CM
FEB - 6 2007
BY

1  unknown origin; SHAHARM
   POUREBRAHIM, an individual; JEANS
2  PLUS DEPOT, an entity of unknown origin;
   HASSAN S. RIAD, an individual; MELINA
3  EXPORT, an entity of unknown origin;
   YOUSEF CHAHINE, an individual; NEPTON
4  INC., an entity of unknown origin; ALI
   MORADSHAHI, an individual; PASEO
5  FASHIONS, an entity of unknown;
   MOHAMMAD CHAHINE, an individual;
6  POP 2000, is an entity of unknown origin; ED
   SHIRAZIAN, an individual; RASHEEDS
7  STORES INC., an entity of unknown origin;
   RAMI RAHEED, also known as RAMI
8  RAHID, an individual; FITS FASHION, an
   entity of unknown origin; TRES POTRILLAS,
9  an entity of unknown origin; VIRGINIA
   ASFURA, an individual; URBAN SERIES
10 INC., an entity of unknown origin; AMIR
   ARMIN, an individual; UNITED FASHION
11 OUTLET, an entity of unknown origin;
   ANTHONY OH KWON, an individual;
12 EBLENS, an entity of unknown origin;
   RICHARD J. SEAMAN, an individual; 360
13 DEGREES INC., an entity of unknown origin;
   BROADWAY MENS FASHION, an entity of
14 unknown origin; JAMAL SHATARA, an
   individual; JAMAL SHATARA, an individual;
15 DOROTHY RUTH STEINFELD, an
   individual; DOLLAR SAVINGS, an entity of
16 unknown origin; NADIR SHALABY, an
   individual; EMANS, an entity of unknown
17 origin doing business as EMAN KLOTHING
   HOT SPOT; AMIN AMWAJEDH, an
18 individual; EXCLUSIVE DESIGNS, an entity
   of unknown origin; BEVERLEY
19 FORESHAW, an individual; ON STAGE, also
   known as "FASHION KING, INC.", an entity
20 of unknown origin; G.Q. MEN'S WEAR II,
   INC., an entity of unknown origin; SEDDIQ
21 MUSTAFA, an individual; J'S MENSWEAR,
   an entity of unknown origin; JUMAH ASKER,
22 an individual; K FASHIONS, an entity of
   unknown origin; KUMAN SHIN, an
23 individual; METZ FASHION COMPANY, an
   entity of unknown origin; PETER METZ, an
24 individual; NEW YORK HI FASHIONS, an
   entity of unknown origin; SUNDER J.
25 ASWANI, an individual; P.M.C, an entity of
   unknown origin; PAULA A.
26 SCARBOROUGH, an individual; SUPER
   SALE INDUSTRIES, INC., an entity of
27 unknown origin; DANIEL APELBOIM, an
   individual; ULTIMATE CLOTHING , an
28 entity of unknown origin, also known as
   FASHION PLACE; YOUSEF H. SHATARA,

2.

an individual; UP SCALE FASHION, an
entity of unknown origin; WORLD OF
DENIM, INC., also known as "WOD
MANAGEMENT COMPANY, LLC",
"DENIM PLACE", and/or "DENIM WORLD,
INC." (collectively "WOD"), an entity of
unknown origin; VERA STEINFELD, an
individual; DISCO FASHIONS, INC., an
entity of unknown origin; GARY DASWANI,
an individual; J-WORLD APPAREL, an entity
of unknown origin; WILLA JENKINS, an
individual; K&G OF OHIO, INC., affiliated
with K&G OF INDIANA, INC. and also
affiliated with K&G MEN'S CENTER, INC.,
all doing business as "K&G STORES" and/or
"K&G FASHIONS", an entity of unknown
origin; KANICE CLOTHING COMPANY, an
entity of unknown origin; WILLIE L. PARKS,
an individual; KARATE KIDS' GIFTS &
HERBS, an entity of unknown origin; NEW
YORK HI FASHIONS, an entity of unknown
origin; HARRY BUXANI, an individual; ON
TIME FASHIONS, an entity of unknown
origin; JOE DABIT, an individual; ROSS
UNLIMITED, INC., an entity of unknown
origin; SYLVIA STRIDER ROSS, an
individual; SPALDING HOSIERY SHOPPE,
an entity of unknown origin; WILLIAM F.
TURNER, an individual; UNIQUE
IMPRESSIONS INC., an entity of unknown
origin; ROGER KHEMANI, an individual;
101 FASHION INC., an entity of unknown
origin; A.J. SPORTS WEAR, an entity of
unknown origin; ADNAN ARIF JAFRI, an
individual; CHICAGO CHAMPS, an entity of
unknown origin; MOHAMMID A. LODHIA,
an individual; MOHAMMID A. LODHIA, an
individual; ABDUL HAMEED, an individual;
CHICAGO STYLE, an entity of unknown
origin; MOHAMID AMIWALA, an
individual; CLOTHES CIRCUIT, an entity of
unknown origin; KAREEM ABDUL, an
individual; THE COLLECTION INC., an
entity of unknown origin; RICK BADER, an
individual; FASHION STYLE, an entity of
unknown origin; KENNETH GOENS, an
individual; 5TH AVENUE FASHIONS, an
entity of unknown origin; SPORTSWEAR
INC. doing business as "HOLY GIFTS", an
entity of unknown origin; KIM
SPORTSWEAR, an entity of unknown origin;
MADISON SQUARE INC., an entity of
unknown origin doing business as "BUY
FLY"; SYED AHMED, an individual; MY
STYLE INC., an entity of unknown origin;
SALEEM KHAN, an individual; SAM'S

3.

1  FASHION INC., an entity of unknown origin;
   SAM MOHAMMAD, an individual; TARIQ
2  ROAD INC., an entity of unknown origin;
   IMRAN JAFARY, an individual; TOP
3  FASHION, an entity of unknown origin;
   AFTAB QURESHI, an individual; THE
4  ZEMSKY CORPORATION, an entity of
   unknown origin; EUGENE M. ZEMSKY, an
5  individual; THE HANG UP SHOPPES, INC.,
   an entity of unknown origin doing business as
6  MAN ALIVE; JEFF BUBLICK, an individual;
   BROADWAY MENS FASHIONS INC., an
7  entity of unknown origin; CHALLENGE
   FASHIONS, an entity of unknown origin; HIP
8  HOP WORLD ENTERPRISES, INC., an
   entity of unknown origin; NIZAR DAHAB, an
9  individual; KAREEMS FASHIONS #2, an
   entity of unknown origin; KARAM KHALED,
10 an individual; KING'S FASHIONS INC., an
   entity of unknown origin; GEORGE MURRY,
11 an individual; NEW IMAGE, an entity of
   unknown origin; SOUL TRADE INC., an
12 entity of unknown origin; GARY'S
   SPORTWEAR, an entity of unknown origin;
13 BARGAIN ANNEX, an entity of unknown
   origin; THAD BRUMFIELD, an individual;
14 SMITH & SON INC., an entity of unknown
   origin; DELL MCCRANEY, an individual;
15 FASHION WAREHOUSE, an entity of
   unknown origin; CHRIS FELTEN, an
16 individual; PUFF'S TWELVE DOLLAR
   ZOO, an entity of unknown origin; KOY
17 MCNARY, an individual; PUDELKO'S
   DEPARTMENT STORE, an entity of
18 unknown origin; STEVE PUDELKO, an
   individual; A&E STORES, an entity of
19 unknown origin; AGAINST ALL ODDS USA,
   INC., an entity of unknown origin; KWANG
20 WON KHYM, an individual; APC OF NEW
   JERSEY, an entity of unknown origin doing
21 business as NJ WEARHOUSE; FORMAN
   MILLS INC., an entity of unknown origin;
22 HEIR'S INC., an entity of unknown origin;
   JEFFREY S. HEIR, an individual; SUNSHINE
23 FASHION USA INC., an entity of unknown
   origin; NAGAM ALAWIEH, an individual;
24 TEE'S, an entity of unknown origin;
   TERRY'S, an entity of unknown origin;
25 VINCENT SHIVERS, an individual;
   AMERICAN WEAR, an entity of unknown
26 origin; LARRY FAIRFIELD, an individual;
   BERT DROBBIN CO INC., an entity of
27 unknown origin; MITCHELL DROBBIN, an
   individual; CENTURY 21 INC., an entity of
28 unknown origin; DETOUR BY REBELWEAR
   INC., an entity of unknown origin; MICHAEL

4.

1  FAISSA WASSIM, an individual; FASHION )
   HOUSE, an entity of unknown origin; )
2  TIRATH CHUGH, an individual; FAT )
   ALBERTS WAREHOUSE INC., an entity of )
3  unknown origin; ALBERT SROUR, an )
   individual; GARDENIA TRADING CORP, an )
4  entity of unknown origin; CHOUKI ISSA, an )
   individual; GARE DISCOUNT CENTER )
5  INC., an entity of unknown origin; EZRA )
   ROME, an individual; IVAL GROUP, IDM, )
6  LLC, an entity of unknown origin; DANIEL )
   GREENBERG, an individual; JAM JEANS )
7  INC., an entity of unknown origin; BASSAM )
   ALAWIEH, an individual; MASTERS INC., )
8  an entity of unknown origin doing business as )
   LADY ROSE; RICHARD GREENSPAND, an )
9  individual; LOFTWORKS, an entity of )
   unknown origin; LANA CHOY, an individual; )
10 LOTLESS.COM, INC., an entity of unknown )
   origin; MUHAMMAD SALIM, an individual; )
11 NANA BOUTIQUE OF NY INC., an entity of )
   unknown origin; QUALITY CLOTHING, an )
12 entity of unknown origin, also known as )
   SPEED CLOTHING; YITZHAK RODITI, an )
13 individual; ROBIN MILLEN JEANS, an entity )
   of unknown origin; ROBIN MALEKAN, an )
14 individual; THE #1 SPOT OF NYC INC., an )
   entity of unknown origin; TORGMAN )
15 IMPORT INC., an entity of unknown origin )
   doing business as CITY LITE; MIKE )
16 TORGMAN, an individual; ELI'S FASHION )
   WAREHOUSE, an entity of unknown origin; )
17 GREG GABRIEL, an individual; FAIRMONT )
   DEPARTMENT STORE, an entity of )
18 unknown origin; G Q MEN'S WEAR, an )
   entity of unknown origin; GEEDU )
19 LALCHANDANI, an individual; VARIETY )
   WHOLESALERS, INC., an entity of unknown )
20 origin; GENEO, an entity of unknown origin; )
   HIGH LEVEL FASHION, an entity of )
21 unknown origin; ANWAR ZAROUR, an )
   individual; THE VIBE, an entity of unknown )
22 origin; JOHN PHILLIP HARDING JR., an )
   individual; CITY BLUE INC., an entity of )
23 unknown origin; JOE NADAV, an individual; )
   J&B SALES CO., an entity of unknown )
24 origin; JULIAN EBLING, an individual; )
   NATHANS STYLEGATE INC., an entity of )
25 unknown; TODD DAVIS, an individual; BJ'S )
   OUTLET, an entity of unknown origin; LEO )
26 JOYCE, an individual; DOWNTOWN )
   FASHIONS, an entity of unknown origin; )
27 SHAHAB KHAN, an individual; CUZ )
   FASHIONS, an entity of unknown origin; IN )
28 STYLE, an entity of unknown origin; )
   MOHAMED ELGAMMAL, an individual; )

5.

1   SUPER BAD MEN'S CLOTHING, an entity )
    of unknown origin; ABRAHAM DABIT, an )
2   individual; SUPER BAD, an entity of )
    unknown origin; RANDY OTHMAN, an )
3   individual; GREG'S OF FRAYSER, LLC )
    affiliated with GREG'S STORE FOR MEN, )
4   GREG'S OF RALEIGH and GREG'S OF )
    HICKORY HILL (collectively, "GREG'S"), )
5   an entity of unknown origin; LARRY WOLF, )
    an individual; LEADER MEN'S WEAR, an )
6   entity of unknown origin; ALEX HASSAN, an )
    individual; MAGIC TOUCH )
7   INTERNATIONAL INC., an entity of )
    unknown origin; ALEX MOHAMMED )
8   HASSAN, an individual; YOUNG )
    FASHIONS, an entity of unknown origin; )
9   YONG CHUN, an individual; ACTION )
    FASHIONS, an entity of unknown origin )
10  doing business as ACTION FASHIONS II ; )
    JERRY NAINANI, an individual; APOLLO )
11  FASHIONS, an entity of unknown origin; )
    NARESH PUNJABI, an individual; AUCHAN )
12  USA INC., an entity of unknown origin; )
    AVANTE, an entity of unknown origin; CC )
13  INTERNATIONAL, an entity of unknown )
    origin; GEOVANNI CLOTHING, an entity of )
14  unknown origin; MAJED M. ELSAADI, an )
    individual; JEANS WAREHOUSE, an entity )
15  of unknown origin; LAMAR FASHION, an )
    entity of unknown origin; SOPHIA CLARK, )
16  an individual; IMZA INC., an entity of )
    unknown origin doing business as "NU )
17  LIMITS"; AMIN AZIZ, an individual; )
    BURTON'S MENSWEAR INC., an entity of )
18  unknown origin doing business as "THE )
    SCOTSMAN"; ROBERT BURTON, an )
19  individual; DJ'S SPORTSWEAR, an entity of )
    unknown origin; URBAN STYLZ, an entity of )
20  unknown origin; CASUAL CITY, an entity of )
    unknown origin; JOHN CHUNG, an )
21  individual; CITY BOY, an entity of unknown )
    origin, )
22                                               )
                   Defendants.                   )
23  _____ )

24

25       Plaintiffs Rocawear Licensing LLC and Roc Apparel Group LLC (hereinafter,

26  collectively, "Rocawear") and Christian Casey LLC dba Sean John (hereinafter, "Sean

27  John"), by their attorneys, allege as follows:

28  / / /

**JURISDICTION and VENUE**

1.     This is a civil action arising under the United States Trademark Act of 1946, as amended, 15 U.S.C. §1051, *et seq.* (the "Lanham Act"), for trademark infringement in violation of 15 U.S.C. §§1114 and 1116, for false or misleading descriptions and representations, dilution in violation of 15 U.S.C. §1125, under the statutory and common law of the State of California relating to trademarks, trade names, dilution, unfair competition and related rights (California Business & Professions Code §§14320, 14330, 14335, 14340, and 17200-17208) and Civil Rico (18 U.S.C. §1962).

2.     This Court has subject-matter jurisdiction of this action pursuant to 15 U.S.C. §1121 and 28 U.S.C. §§1331 and 1338, and 18 U.S.C. §1995, as it involves claims arising under the Lanham Act, the Racketeer Influenced and Corrupt Organization Act, and substantially related claims for unfair competition. This Court has supplemental subject-matter jurisdiction over all other claims pursuant to 28 U.S.C. §1367 because they are so related that they form part of the same case or controversy.

3.     This Court has personal jurisdiction over the Defendants in that do business in the State of California and the Central District of California, and are committing the acts hereinafter alleged in this State and the Central District of California. Furthermore, this Court has personal jurisdiction over all of the Defendants pursuant to 18 U.S.C. §1965.

4.     Venue for this action is proper in the Central District of California pursuant to 28 U.S.C. §1391(b) in that several of the Defendants reside in this District, and the events giving rise to the claim occurred in the Central District of California. Furthermore, venue in this District is proper pursuant to 18 U.S.C. §1965.

**THE PARTIES**

5.     Plaintiff Rocawear Licensing, LLC is a limited liability company organized and existing under the laws of the State of New Jersey, with an office and place of business at 50 Somerset Place, Clifton, New Jersey 07012.

/ / /

COMPLAINT FOR DAMAGES

1       6.     Plaintiff Roc Apparel Group LLC is a limited liability company

2  organized and existing under the laws of the State of New York, with an office and place

3  of business at 1411 Broadway Avenue, 38th Floor, New York, New York 10018.

4       7.     Plaintiff Christian Casey LLC is a limited liability company duly

5  organized and existing under the laws of the State of New York, with an office and place

6  of business at 1710 Broadway, Main Floor, New York, New York 10019.  Christian

7  Casey LLC does business as Sean John.

8       8.     Defendant Big Kahuna is an entity of unknown origin having an office and

9  place of business at Rt 1 Box 42-D, Knoxville, Alabama 35469.

10       9.     Defendant Garywood Clothing Inc. is an entity of unknown origin having an

11  office and place of business at 3062 Allison Bonnett Memorial Drive, Bessemer,

12  Alabama 35023.

13       10.     Defendant Robert Neff is an individual having an office and place of

14  business at Garywood Clothing Inc. at 3062 Allison Bonnett Memorial Drive, Bessemer,

15  Alabama 35023; and is one of the conscious, dominant and active forces behind the

16  wrongful activities of the corporate defendant Garywood Clothing Inc., which wrongful

17  acts he has engaged in for the gain and benefit of defendant Garywood Clothing Inc. and

18  for his own individual gain and benefit.

19       11.     Defendant Grand Illusions is an entity of unknown origin having an office

20  and place of business at 3434 Fieldcrest St, Montgomery, Alabama 36111

21       12.     Defendant Jeans Express is an entity of unknown origin having an office

22  and place of business at 3725 Airport Boulevard, Suite 111, Mobile, Alabama 36608.

23       13.     Defendant Yung J. Lee is an individual having an office and place of

24  business at Jeans Express at 3725 Airport Boulevard, Suite 111, Mobile, Alabama

25  36608; and is one of the conscious, dominant and active forces behind the wrongful

26  activities of the corporate defendant Jeans Express, which wrongful acts he has engaged

27  in for the gain and benefit of defendant Jeans Express and for his own individual gain

28  and benefit.

COMPLAINT FOR DAMAGES

1      14.    Defendant Leaders is an entity of unknown origin having an office and
2  place of business at 1800 Greensboro Avenue, Tuscaloosa, Alabama 35401.

3      15.    Defendant Eddie Adnane is an individual having an office and place of
4  business at Leaders at 1800 Greensboro Avenue, Tuscaloosa, Alabama 35401; and is one
5  of the conscious, dominant and active forces behind the wrongful activities of the
6  corporate defendant Leaders, which wrongful acts he has engaged in for the gain and
7  benefit of defendant Leaders and for his own individual gain and benefit.

8      16.    Defendant Magic Touch International Inc. is an entity of unknown origin
9  having an offices and places of business at Madison Square Mall, Huntsville, Alabama
10  35806 and Century Plaza Mall, Birmingham, Alabama 35210.

11      17.    Defendant Pants Store is an entity of unknown origin having an office and
12  place of business at 717 Parkway Drive SE, Leeds, Alabama 35094.

13      18.    Defendant Michael Gee is an individual having an office and place of
14  business at Pants Store at 717 Parkway Drive SE, Leeds, Alabama 35094; and is one of
15  the conscious, dominant and active forces behind the wrongful activities of the corporate
16  defendant Pants Store, which wrongful acts he has engaged in for the gain and benefit of
17  defendant Pants Store and for his own individual gain and benefit.

18      19.    Defendant K-Momo Inc. is an entity of unknown origin having an office
19  and place of business at 3104 West Thomas Road, Phoenix, Arizona 85017.

20      20.    Defendant Hun So Chong is an individual having an office and place of
21  business at K-Momo Inc. at 3104 West Thomas Road, Phoenix, Arizona 85017; and is
22  one of the conscious, dominant and active forces behind the wrongful activities of the
23  corporate defendant K-Momo Inc., which wrongful acts he has engaged in for the gain
24  and benefit of defendant K-Momo Inc. and for his own individual gain and benefit.

25      21.    Defendant Elizabeth Y. Vondran is an individual doing business as the retail
26  store under the name VONS, having an office and place of business at 843 Highway 367
27  North, Judsonia, Arizona 72081.

28  / / /

1    22.    Defendant Clothing International Inc. is an entity of unknown origin having

2  an office and place of business at 672 L Street, Chula Vista, California 91911.

3    23.    Defendant Daniel G. Deanda is an individual having an office and place of

4  business at Clothing International Inc. at 672 L Street, Chula Vista, California 91911;

5  and is one of the conscious, dominant and active forces behind the wrongful activities of

6  the corporate defendant Clothing International Inc., which wrongful acts he has engaged

7  in for the gain and benefit of defendant Clothing International Inc. and for his own

8  individual gain and benefit.

9    24.    Defendant Cortez Men's Clothing is an entity of unknown origin having an

10  office and place of business at 737 W 132nd Street, Gardena, California 90247.

11    25.    Defendant Global Trading Company is an entity of unknown origin having

12  an office and place of business at 509 West California Avenue, Glendale, California

13  91203.

14    26.    Defendant Harry Berkshire is an entity of unknown origin having an office

15  and place of business at 1467 Maple Avenue, Los Angeles California 90015.

16    27.    Defendant John Kim is an individual having an office and place of business

17  at Harry Berkshire at 1467 Maple Avenue, Los Angeles California 90015; and is one of

18  the conscious, dominant and active forces behind the wrongful activities of the corporate

19  defendant Harry Berkshire, which wrongful acts he has engaged in for the gain and

20  benefit of defendant Harry Berkshire and for his own individual gain and benefit.

21    28.    Defendant Iced Out Gear is an entity of unknown origin having an office

22  and place of business at 23705 Vanowen Street, West Hills, California 91307.

23    29.    Defendant Dave Gasporian is an individual having an office and place of

24  business at Iced Out Gear at 23705 Vanowen Street, West Hills, California 91307; and is

25  one of the conscious, dominant and active forces behind the wrongful activities of the

26  corporate defendant Iced Out Gear, which wrongful acts he has engaged in for the gain

27  and benefit of defendant Iced Out Gear and for his own individual gain and benefit.

28  / / /

COMPLAINT FOR DAMAGES

1    30.    Defendant Jean Felesky is an entity of unknown origin having an office and
2    place of business at 210 East Olympic Boulevard, Los Angeles, California 90015.

3    31.    Defendant Shaharm Pourebrahim is an individual having an office and place
4    of business at Jean Felesky at 210 East Olympic Boulevard, Los Angeles, California
5    90015; and is one of the conscious, dominant and active forces behind the wrongful
6    activities of the corporate defendant Jean Felesky, which wrongful acts he has engaged
7    in for the gain and benefit of defendant Jean Felesky and for his own individual gain and
8    benefit.

9    32.    Defendant Jeans Plus Depot is an entity of unknown origin having an office
10   and place of business at 1305 South Los Angeles Street, Los Angeles, California 90015.

11   33.    Defendant Hassan S. Riad is an individual having an office and place of
12   business at Jeans Plus Depot at 1305 South Los Angeles Street, Los Angeles, California
13   90015; and is one of the conscious, dominant and active forces behind the wrongful
14   activities of the corporate defendant Jeans Plus Depot, which wrongful acts he has
15   engaged in for the gain and benefit of defendant Jeans Plus Depot and for his own
16   individual gain and benefit.

17   34.    Defendant Melina Export is an entity of unknown origin having an office
18   and place of business at 1410 South Los Angeles Street, Los Angeles, California 90015.

19   35.    Defendant Yousef Chahine is an individual having an office and place of
20   business at Melina Export at 1410 South Los Angeles Street, Los Angeles, California
21   90015; and is one of the conscious, dominant and active forces behind the wrongful
22   activities of the corporate defendant Melina Export, which wrongful acts he has engaged
23   in for the gain and benefit of defendant Melina Export and for his own individual gain
24   and benefit.

25   36.    Defendant Nepton Inc. is an entity of unknown origin having an office and
26   place of business at 1417 Santee Street, Los Angeles, California 90015.

27   37.    Defendant Ali Moradshahi is an individual having an office and place of
28   business at Nepton Inc. at 1417 Santee Street, Los Angeles, California 90015; and is one

1  of the conscious, dominant and active forces behind the wrongful activities of the

2  corporate defendant Nepton Inc., which wrongful acts he has engaged in for the gain and

3  benefit of defendant Nepton Inc. and for his own individual gain and benefit.

4       38.    Defendant Paseo Fashions is an entity of unknown origin having an office

5  and place of business at 830 East Alosta Avenue, Azusa, California 91702.

6       39.    Defendant Mohammad Chahine is an individual having an office and place

7  of business at Paseo Fashions at 830 East Alosta Avenue, Azusa, California 91702; and

8  is one of the conscious, dominant and active forces behind the wrongful activities of the

9  corporate defendant Paseo Fashions, which wrongful acts he has engaged in for the gain

10 and benefit of defendant Paseo Fashions and for his own individual gain and benefit.

11      40.    Defendant Pop 2000 is an entity of unknown origin having an office and

12 place of business at 1219 Santee Street, Los Angeles, California 90015.

13      41.    Defendant Ed Shirazian is an individual having an office and place of

14 business at Pop 2000 at 1219 Santee Street, Los Angeles, California 90015; and is one of

15 the conscious, dominant and active forces behind the wrongful activities of the corporate

16 defendant Pop 2000, which wrongful acts he has engaged in for the gain and benefit of

17 defendant Pop 2000 and for his own individual gain and benefit.

18      42.    Defendant Rasheeds Stores Inc. is an entity of unknown origin having an

19 office and place of business at 305 West 2nd Street, Calexico, California 82231.

20      43.    Defendant Rami Raheed, also known as Rami Rahid, is an individual

21 having an office and place of business at Rasheeds Stores Inc. at 305 West 2nd Street,

22 Calexico, California 82231; and is one of the conscious, dominant and active forces

23 behind the wrongful activities of the corporate defendant Rasheeds Stores Inc., which

24 wrongful acts he has engaged in for the gain and benefit of defendant Rasheeds Stores

25 Inc. and for his own individual gain and benefit.

26      44.    Defendant Fits Fashion is an entity of unknown origin having an office and

27 place of business at 1011 Market Street, San Francisco, California 94103.

28 / / /

45.    Defendant Virginia Asfura is an individual having an office and place of business at Fits Fashion at 1011 Market Street, San Francisco, California 94103; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Fits Fashion, which wrongful acts he has engaged in for the gain and benefit of defendant Fits Fashion and for his own individual gain and benefit.

46.    Defendant Tres Potrillas is an entity of unknown origin having an office and/or place of business at 1401 Maple Avenue, Los Angeles, California 90015.

47.    Defendant Urban Series Inc. is an entity of unknown origin having an office and place of business at 1119 Maple Avenue, Los Angeles, California 90015.

48.    Defendant Amir Armin is an individual having an office and place of business at Urban Series Inc. at 1119 Maple Avenue, Los Angeles, California 90015; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Urban Series Inc., which wrongful acts he has engaged in for the gain and benefit of defendant Urban Series Inc. and for his own individual gain and benefit.

49.    Defendant United Fashion Outlet is an entity of unknown origin having an office and place of business at 15620 East 6th Avenue, Aurora, Colorado 80011.

50.    Defendant Anthony Oh Kwon is an individual having an office and place of business at United Fashion Outlet. at 15620 East 6th Avenue, Aurora, Colorado 80011; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant United Fashion Outlet, which wrongful acts he has engaged in for the gain and benefit of defendant United Fashion Outlet and for his own individual gain and benefit.

51.    Defendant Eblens is an entity of unknown origin having an office and place of business at 299 Industrial Lane, Torrington, Connecticut 06790.

52.    Defendant Richard J. Seaman is an individual having an office and place of business at Eblens at 299 Industrial Lane, Torrington, Connecticut 06790; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate

defendant Eblens Corporate Office, which wrongful acts he has engaged in for the gain and benefit of defendant Eblens Corporate Office and for his own individual gain and benefit.

53.     Defendant 360 Degrees Inc. is an entity of unknown origin having an office and place of business at 6914 Society Drive, Tampa, FL 33617.

54.     Defendant Broadway Mens Fashion is an entity of unknown origin having an office and place of business at 4510 South Orange Blossom Trail, Orlando, Florida 32839.

55.     Defendant Jamal Shatara is an individual having an office and place of business at Broadway Mens Fashion at 4510 South Orange Blossom Trail, Orlando, Florida 32839; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Broadway Mens Fashion, which wrongful acts he has engaged in for the gain and benefit of defendant Broadway Mens Fashion and for his own individual gain and benefit.

56.     Defendant Denim City of Tampa, Inc. is an entity of unknown origin having an office and place of business at 8857 North Florida Avenue, Tampa, Florida 33604.

57.     Defendant Dorothy Ruth Steinfeld is an individual having an office and place of business at Denim City of Tampa Inc. at 8857 North Florida Avenue, Tampa, Florida 33604; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Denim City of Tampa Inc., which wrongful acts he has engaged in for the gain and benefit of defendant Denim City of Tampa Inc. and for his own individual gain and benefit.

58.     Defendant Dollar Savings is an entity of unknown origin having an office and place of business at 27321 South Dixie Highway, Homestead, Florida 33032.

59.     Defendant Nadir Shalaby is an individual having an office and place of business at Dollar Savings at 27321 South Dixie Highway, Homestead, Florida 33032; and is one of the conscious, dominant and active forces behind the wrongful activities of

/ / /

14.

the corporate defendant Dollar Savings, which wrongful acts he has engaged in for the gain and benefit of defendant Dollar Savings and for his own individual gain and benefit.

60.    Defendant Emans is an entity of unknown origin doing business as Eman Klothing Hot Spot, having an office and place of business at 2205 University Square Mall, Tampa, Florida 33612.

61.    Defendant Amin Amwajedh is an individual having an office and place of business at Emans, at 2205 University Square Mall, Tampa, Florida 33612; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Emans, which wrongful acts he has engaged in for the gain and benefit of defendant Emans, and for his own individual gain and benefit.

62.    Defendant Exclusive Designs is an entity of unknown origin having an office and place of business at 2550 West Colonial Drive, Orlando, Florida 32804.

63.    Defendant Beverley Foreshaw is an individual having an office and place of business at Exclusive Designs at 2550 West Colonial Drive, Orlando, Florida 32804; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Exclusive Designs, which wrongful acts he has engaged in for the gain and benefit of defendant Exclusive Designs and for his own individual gain and benefit.

64.    Defendant On Stage, also known as "Fashion King, Inc.", is an entity of unknown origin having an office and place of business at 3104 West Thomas Road, Phoenix, Arizona 85017.

65.    Defendant G.Q. Men's Wear II, Inc. is an entity of unknown origin having an office and place of business at 1036-35 Dunn Avenue, Jacksonville, Florida 32218.

66.    Defendant Seddiq Mustafa is an individual having an office and place of business at G.Q. Men's Wear II, Inc. at 1036-35 Dunn Avenue, Jacksonville, Florida 32218; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant G.Q. Men's Wear II, Inc., which wrongful acts he

/ / /

**COMPLAINT FOR DAMAGES**

1  has engaged in for the gain and benefit of defendant G.Q. Men's Wear II, Inc. and for his

2  own individual gain and benefit.

3        67.    Defendant J's Menswear is an entity of unknown origin having an office

4  and place of business at 747 Orange Blossom Trail, Apopka, Florida 32703.

5        68.    Defendant Jumah Asker is an individual having an office and place of

6  business at J's Menswear at 747 Orange Blossom Trail, Apopka, Florida 32703; and is

7  one of the conscious, dominant and active forces behind the wrongful activities of the

8  corporate defendant J's Menswear, which wrongful acts he has engaged in for the gain

9  and benefit of defendant J's Menswear and for his own individual gain and benefit.

10        69.    Defendant K Fashions is an entity of unknown origin having an office and

11  place of business at 2520 West Cervantes Street, Pensacola, Florida 32505.

12        70.    Defendant Kuman Shin is an individual having an office and place of

13  business at K Fashions at 2520 West Cervantes Street, Pensacola, Florida 32505; and is

14  one of the conscious, dominant and active forces behind the wrongful activities of the

15  corporate defendant K Fashions, which wrongful acts he has engaged in for the gain and

16  benefit of defendant K Fashions and for his own individual gain and benefit.

17        71.    Defendant Metz Fashion Company is an entity of unknown origin having an

18  office and place of business at 2997 Oak Park Circle, Fort Lauderdale, Florida 33328.

19        72.    Defendant Peter Metz is an individual having an office and place of

20  business at Metz Fashion Company at 2997 Oak Park Circle, Fort Lauderdale, Florida

21  33328; and is one of the conscious, dominant and active forces behind the wrongful

22  activities of the corporate defendant Metz Fashion Company, which wrongful acts he has

23  engaged in for the gain and benefit of defendant Metz Fashion Company and for his own

24  individual gain and benefit.

25        73.    Defendant New York Hi Fashions is an entity of unknown origin having an

26  office and place of business at 400 Capital Circle SE, STE 9, Tallahassee, Florida 32301.

27        74.    Defendant Sunder J. Aswani is an individual having an office and place of

28  business at New York Hi Fashions at 400 Capital Circle SE, STE 9, Tallahasse, Florida

**COMPLAINT FOR DAMAGES**

1   32301; and is one of the conscious, dominant and active forces behind the wrongful
2   activities of the corporate defendant New York Hi Fashions, which wrongful acts he has
3   engaged in for the gain and benefit of defendant New York Hi Fashions and for his own
4   individual gain and benefit.

5       75.     Defendant P.M.C is an entity of unknown origin having an office and place
6   of business at 3844 36th Terrace S., St. Petersburg, Florida 33711.

7       76.     Defendant Paula A. Scarborough is an individual having an office and place
8   of business at P.M.C at 3844 36th Terrace S., St. Petersburg, Florida 33711; and is one of
9   the conscious, dominant and active forces behind the wrongful activities of the corporate
10  defendant P.M.C, which wrongful acts he has engaged in for the gain and benefit of
11  defendant P.M.C and for his own individual gain and benefit.

12      77.     Defendant Super Sale Industries, Inc. is an entity of unknown origin having
13  an office and place of business at 201 NE 32nd Street, Oakland Park, Florida 33334.

14      78.     Defendant Daniel Apelboim is an individual having an office and place of
15  business at Super Sale Industries Inc. at 201 NE 32nd Street, Oakland Park, Florida
16  33334; and is one of the conscious, dominant and active forces behind the wrongful
17  activities of the corporate defendant Super Sale Industries Inc., which wrongful acts he
18  has engaged in for the gain and benefit of defendant Super Sale Industries Inc. and for
19  his own individual gain and benefit.

20      79.     Defendant Ultimate Clothing  is an entity of unknown origin, also known as
21  Fashion Place, having an office and place of business at 120A S W C Owens Avenue,
22  Clewiston, Florida 33440.

23      80.     Defendant Yousef H. Shatara is an individual having an office and place of
24  business at Ultimate Clothing at 120A S W C Owens Avenue, Clewiston, Florida 33440;
25  and is one of the conscious, dominant and active forces behind the wrongful activities of
26  the corporate defendant Fashion Palace, which wrongful acts he has engaged in for the
27  gain and benefit of defendant Fashion Palace and for his own individual gain and
28  benefit.

81.    Defendant Up Scale Fashion is an entity of unknown origin having an office and place of business at the Regency Square Mall, Jacksonville, Florida 32225.

82.    Defendant World of Denim, Inc., also known as "Wod Management Company, LLC", "Denim Place", and/or "Denim World, Inc." (collectively "WOD"), is an entity of unknown origin having an office and place of business at 7509 Exchange Drive, Orlando, Florida 32809.

83.    Defendant Vera Steinfeld is an individual having an office and place of business at WOD at 7509 Exchange Drive, Orlando, Florida 32809; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant WOD, which wrongful acts he has engaged in for the gain and benefit of defendant WOD and for his own individual gain and benefit.

84.    Defendant Disco Fashions, Inc. is an entity of unknown origin having an office and place of business at 1111 Broadway, Columbus Georgia 31901.

85.    Defendant Gary Daswani is an individual having an office and place of business at Disco Fashions Inc. at 1111 Broadway, Columbus Georgia 31901; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Disco Fashions Inc., which wrongful acts he has engaged in for the gain and benefit of defendant Disco Fashions Inc. and for his own individual gain and benefit.

86.    Defendant J-World Apparel is an entity of unknown origin having an office and place of business at 5738 Buford Hwy NE, Doraville, Georgia 30340

87.    Defendant Willa Jenkins is an individual having an office and place of business at J-World Apparel at 5738 Buford Hwy NE, Doraville, Georgia 30340; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant J-World Apparel, which wrongful acts he has engaged in for the gain and benefit of defendant J-World Apparel and for his own individual gain and benefit.

/ / /

**COMPLAINT FOR DAMAGES**

88.    Defendant K&G of Ohio, Inc., affiliated with K&G of Indiana, Inc. and also affiliated with K&G Men's Center, Inc., all doing business as "K&G Stores" and/or "K&G Fashions" is an entity of unknown origin having an office and place of business at 1225 Chattahoochee Avenue NW, Atlanta, Georgia 30318.

89.    Defendant Kanice Clothing Company is an entity of unknown origin having an office and place of business at 5383 Kirk Drive, Atlanta, Georgia 30349.

90.    Defendant Willie L. Parks is an individual having an office and place of business at Kanice Clothing Company at 5383 Kirk Drive, Atlanta, Georgia 30349; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Kanice Clothing Company, which wrongful acts he has engaged in for the gain and benefit of defendant Kanice Clothing Company and for his own individual gain and benefit.

91.    Defendant Karate Kids' Gifts & Herbs is an entity of unknown origin having an office and place of business at 802 Euclid Street, Dublin Georgia 31021.

92.    Defendant New York Hi Fashions is an entity of unknown origin having an office and place of business at 110 West 11th Avenue, Cordele, Georgia 31015.

93.    Defendant Harry Buxani is an individual having an office and place of business at New York Hi Fashions at 110 West 11th Avenue, Cordele, Georgia 31015; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant New York Hi Fashions, which wrongful acts he has engaged in for the gain and benefit of defendant New York Hi Fashions and for his own individual gain and benefit.

94.    Defendant On Time Fashions is an entity of unknown origin having an office and place of business at 26 West Broughton Street, Savannah, Georgia 31401.

95.    Defendant Joe Dabit is an individual having an office and place of business at On Time Fashions at 26 West Broughton Street, Savannah, Georgia 31401; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant On Time Fashions, which wrongful acts he has engaged in for the

1  gain and benefit of defendant On Time Fashions and for his own individual gain and
2  benefit.

3      96.    Defendant Ross Unlimited, Inc. is an entity of unknown origin having an
4  office and place of business at 366 Flat Shoals Avenue SE, Atlanta, Georgia 30316.

5      97.    Defendant Sylvia Strider Ross is an individual having an office and place of
6  business at Ross Unlimited Inc. at 366 Flat Shoals Avenue SE, Atlanta, Georgia 30316;
7  and is one of the conscious, dominant and active forces behind the wrongful activities of
8  the corporate defendant Ross Unlimited Inc., which wrongful acts he has engaged in for
9  the gain and benefit of defendant Ross Unlimited Inc. and for his own individual gain
10 and benefit.

11     98.    Defendant Spalding Hosiery Shoppe is an entity of unknown origin having
12 an office and place of business at 432 East Broad Street, Griffin, Georgia 30223.

13     99.    Defendant William F. Turner is an individual having an office and place of
14 business at Spalding Hosiery Shoppe at 432 East Broad Street, Griffin, Georgia 30223;
15 and is one of the conscious, dominant and active forces behind the wrongful activities of
16 the corporate defendant Spalding Hosiery Shoppe, which wrongful acts he has engaged
17 in for the gain and benefit of defendant Spalding Hosiery Shoppe and for his own
18 individual gain and benefit.

19     100.   Defendant Unique Impressions Inc.  is an entity of unknown origin having
20 an office and place of business at 2369 Lawrenceville Hwy Ste L4, Lawrenceville,
21 Georgia 30044.

22     101.   Defendant Roger Khemani is an individual having an office and place of
23 business at Unique Impressions Inc. at 2369 Lawrenceville Hwy Ste L4, Lawrenceville,
24 Georgia 30044; and is one of the conscious, dominant and active forces behind the
25 wrongful activities of the corporate defendant Unique Impressions Inc., which wrongful
26 acts he has engaged in for the gain and benefit of defendant Unique Impressions Inc. and
27 for his own individual gain and benefit.

28 / / /

COMPLAINT FOR DAMAGES

1    102.    Defendant 101 Fashion Inc. is an entity of unknown origin having an office
2    and place of business at 4748 S. Ashland Avenue, Chicago, Illinois 60609.

3    103.    Defendant A.J. Sports Wear is an entity of unknown origin having an office
4    and place of business at 106 West Boughton Road, Bolingbrook, Illinois 60440.

5    104.    Defendant Adnan Arif Jafri is an individual having an office and place of
6    business at A.J. Sports Wear at 106 West Boughton Road, Bolingbrook, Illinois 60440;
7    and is one of the conscious, dominant and active forces behind the wrongful activities of
8    the corporate defendant A.J. Sports Wear, which wrongful acts he has engaged in for the
9    gain and benefit of defendant A.J. Sports Wear and for his own individual gain and
10    benefit.

11    105.    Defendant Chicago Champs is an entity of unknown origin having an office
12    and place of business at 3931 West Madison Street, Chicago, Illinois 60624.

13    106.    Defendant Mohammid A. Lodhia is an individual having an office and place
14    of business at Chicago Champs at 3931 West Madison Street, Chicago, Illinois 60624;
15    and is one of the conscious, dominant and active forces behind the wrongful activities of
16    the corporate defendant Chicago Champs, which wrongful acts he has engaged in for the
17    gain and benefit of defendant Chicago Champs and for his own individual gain and
18    benefit.

19    107.    Defendant Chicago Hi-Fashion Inc. is an entity of unknown origin having
20    an office and place of business at 3913 West Madison Street, Chicago, Illinois 60624.

21    108.    Defendant Abdul Hameed is an individual having an office and place of
22    business at Chicago Hi-Fashion Inc. at 3913 West Madison Street, Chicago, Illinois
23    60624; and is one of the conscious, dominant and active forces behind the wrongful
24    activities of the corporate defendant Chicago Hi-Fashion Inc., which wrongful acts he
25    has engaged in for the gain and benefit of defendant Chicago Hi-Fashion Inc. and for his
26    own individual gain and benefit.

27    109.    Defendant Chicago Style is an entity of unknown origin having an office
28    and place of business at 3949 West Madison Street, Chicago Illinois 60624.

COMPLAINT FOR DAMAGES

110.   Defendant Mohamid Amiwala is an individual having an office and place of business at Chicago Style at 3949 West Madison Street, Chicago Illinois 60624; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Chicago Style, which wrongful acts he has engaged in for the gain and benefit of defendant Chicago Style and for his own individual gain and benefit.

111.   Defendant Clothes Circuit is an entity of unknown origin having an office and place of business at 4733 S Ashland Avenue, Chicago, Illinois 60609.

112.   Defendant Kareem Abdul is an individual having an office and place of business at Clothes Circuit at 4733 S Ashland Avenue, Chicago, Illinois 60609; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Clothes Circuit, which wrongful acts he has engaged in for the gain and benefit of defendant Clothes Circuit and for his own individual gain and benefit.

113.   Defendant The Collection Inc. is an entity of unknown origin having an office and place of business at 8053 S Cicero Avenue, Chicago, Illinois 60652.

114.   Defendant Rick Bader is an individual having an office and place of business at The Collection Inc. at 8053 S Cicero Avenue, Chicago, Illinois 60652; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant The Collection Inc., which wrongful acts he has engaged in for the gain and benefit of defendant The Collection Inc. and for his own individual gain and benefit.

115.   Defendant Fashion Style is an entity of unknown origin having an office and place of business at 6904 S Stony Island Avenue, Chicago, Illinois 60649.

116.   Defendant Kenneth Goens is an individual having an office and place of business at Fashion Style at 6904 S Stony Island Avenue, Chicago, Illinois 60649; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Fashion Style, which wrongful acts he has engaged in for the gain and benefit of defendant Fashion Style and for his own individual gain and benefit.

/ / /

117.   Defendant 5th Avenue Fashions is an entity of unknown origin having an office and place of business at 1200 W Main Street, Ste 15, Peoria, Illinois 61606.

118.   Defendant Sportswear Inc. doing business as "Holy Gifts" is an entity of unknown origin having an office and place of business at 2058 E 71st Street, Chicago, Illinois 60649.

119.   Defendant Kim Sportswear is an entity of unknown origin having an office and place of business at 1718 N Wisconsin Avenue, Peoria 61603.

120.   Defendant Madison Square Inc. is an entity of unknown origin doing business as "Buy Fly" having an office and place of business at 3944 W Madison Street, Chicago, Illinois 60624.

121.   Defendant Syed Ahmed is an individual having an office and place of business at Madison Square Inc. at 3944 W Madison Street, Chicago, Illinois 60624; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Madison Square Inc., which wrongful acts he has engaged in for the gain and benefit of defendant Madison Square Inc. and for his own individual gain and benefit.

122.   Defendant My Style Inc.  is an entity of unknown origin having an office and place of business at 104 East 47th Street, Chicago, Illinois 60653.

123.   Defendant Saleem Khan is an individual having an office and place of business at My Style Inc. at 104 East 47th Street, Chicago, Illinois 60653; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant My Style Inc., which wrongful acts he has engaged in for the gain and benefit of defendant My Style Inc. and for his own individual gain and benefit.

124.   Defendant Sam's Fashion Inc. is an entity of unknown origin having an office and place of business at 2500 Milwaukee Avenue, Chicago, Illinois 60647.

125.   Defendant Sam Mohammad is an individual having an office and place of business at Sam's Fashion Inc. at 2500 Milwaukee Avenue, Chicago, Illinois 60647; and is one of the conscious, dominant and active forces behind the wrongful activities of the

1  corporate defendant Sam's Fashion Inc., which wrongful acts he has engaged in for the

2  gain and benefit of defendant Sam's Fashion Inc.  and for his own individual gain and

3  benefit.

4      126.   Defendant Tariq Road Inc. is an entity of unknown origin having an office

5  and place of business at 11203 S Michigan Avenue, Chicago, Illinois 60628.

6      127.   Defendant Imran Jafary is an individual having an office and place of

7  business at Tariq Road Inc. at 11203 S Michigan Avenue, Chicago, Illinois 60628; and is

8  one of the conscious, dominant and active forces behind the wrongful activities of the

9  corporate defendant Tariq Road Inc., which wrongful acts he has engaged in for the gain

10  and benefit of defendant Tariq Road Inc. and for his own individual gain and benefit.

11      128.   Defendant Top Fashion is an entity of unknown origin having an office and

12  place of business at 44 West Lake Street, Addison, Illinois 60101.

13      129.   Defendant Aftab Qureshi is an individual having an office and place of

14  business at Top Fashion at 44 West Lake Street, Addison, Illinois 60101; and is one of

15  the conscious, dominant and active forces behind the wrongful activities of the corporate

16  defendant Top Fashion, which wrongful acts he has engaged in for the gain and benefit

17  of defendant Top Fashion and for his own individual gain and benefit.

18      130.   Defendant The Zemsky Corporation is an entity of unknown origin having

19  an office and place of business at 4181 S. Archer Avenue, Chicago, Illinois 60632.

20      131.   Defendant Eugene M. Zemsky is an individual having an office and place of

21  business at The Zemsky Corporation at 4181 S. Archer Avenue, Chicago, Illinois 60632;

22  and is one of the conscious, dominant and active forces behind the wrongful activities of

23  the corporate defendant The Zemsky Corporation, which wrongful acts he has engaged

24  in for the gain and benefit of defendant The Zemsky Corporation and for his own

25  individual gain and benefit.

26      132.   Defendant The Hang Up Shoppes, Inc. is an entity of unknown origin doing

27  business as Man Alive having an office and place of business at 5745 West 80th Street,

28  Indianapolis, Indiana 46278.

133.     Defendant Jeff Bublick is an individual having an office and place of business at The Hang Up Shoppes, Inc. at 5745 West 80th Street, Indianapolis, Indiana 46278; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant The Hang Up Shoppes, Inc., which wrongful acts he has engaged in for the gain and benefit of defendant The Hang Up Shoppes, Inc. and for his own individual gain and benefit.

134.     Defendant Broadway Mens Fashions Inc. is an entity of unknown origin having an office and place of business at 2216 West Thomas, Hammond, Louisiana 70403.

135.     Defendant Challenge Fashions is an entity of unknown origin having an office and place of business at 6611 Westbank Expressway, Marrero, Louisiana 70072.

136.     Defendant Hip Hop World Enterprises, Inc. is an entity of unknown origin having an office and place of business at 861 E Lexington Avenue, Gretna, Louisiana 70056.

137.     Defendant Nizar Dahab is an individual having an office and place of business at Hip Hop World Enterprises, Inc. at 861 E Lexington Avenue, Gretna, Louisiana 70056; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Hip Hop World Enterprises, Inc., which wrongful acts he has engaged in for the gain and benefit of defendant Hip Hop World Enterprises, Inc. and for his own individual gain and benefit.

138.     Defendant Kareems Fashions #2 is an entity of unknown origin having an office and place of business at 3437 Masonic Drive, Alexandria, Louisiana 71301.

139.     Defendant Karam Khaled is an individual having an office and place of business at Kareems Fashions #2 at 3437 Masonic Drive, Alexandria, Louisiana 71301; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Kareems Fashions #2, which wrongful acts he has engaged in for the gain and benefit of defendant Kareems Fashions #2 and for his own individual gain and benefit.

**COMPLAINT FOR DAMAGES**

140.    Defendant King's Fashions Inc. is an entity of unknown origin having an office and place of business at 2811 Jackson Avenue, New Orleans 70113.

141.    Defendant George Murry is an individual having an office and place of business at King's Fashions Inc. at 2811 Jackson Avenue, New Orleans 70113; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant King's Fashions Inc., which wrongful acts he has engaged in for the gain and benefit of defendant King's Fashions Inc. and for his own individual gain and benefit.

142.    Defendant New Image is an entity of unknown origin having an office and place of business at 516 Depot Street, Tallulah, Louisiana 71282.

143.    Defendant Soul Trade Inc. is an entity of unknown origin doing business as "Soul Train Fashions" having an office and place of business at 131 Carondelet Street, New Orleans, Louisiana 70130.

144.    Defendant Gary's Sportwear is an entity of unknown origin having an office and place of business at 408 Ivy Church Road, Lutherville, Maryland 21093.

145.    Defendant Bargain Annex is an entity of unknown origin having an office and place of business at 733 Delmas Avenue, Pascagoula, Mississippi 39567.

146.    Defendant Thad Brumfield is an individual having an office and place of business at Bargain Annex at 733 Delmas Avenue, Pascagoula, Mississippi 39567; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Bargain Annex, which wrongful acts he has engaged in for the gain and benefit of defendant Bargain Annex and for his own individual gain and benefit.

147.    Defendant Smith & Son Inc. is an entity of unknown origin having an office and place of business at 330 Front Street, Laurel, Mississippi 39440.

148.    Defendant Dell McCraney is an individual having an office and place of business at Smith & Son Inc. at 330 Front Street, Laurel, Mississippi 39440; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Smith & Son Inc., which wrongful acts he has engaged in for the

1  gain and benefit of defendant Smith & Son Inc. and for his own individual gain and
2  benefit.

3      149.   Defendant Fashion Warehouse is an entity of unknown origin having an
4  office and place of business at 1103 Business Loop 70 East, Columbia, Missouri 65201.

5      150.   Defendant Chris Felten is an individual having an office and place of
6  business at Fashion Warehouse at 1103 Business Loop 70 East, Columbia, Missouri
7  65201; and is one of the conscious, dominant and active forces behind the wrongful
8  activities of the corporate defendant Fashion Warehouse, which wrongful acts he has
9  engaged in for the gain and benefit of defendant Fashion Warehouse and for his own
10 individual gain and benefit.

11     151.   Defendant Puff's Twelve Dollar Zoo is an entity of unknown origin having
12 an office and place of business at 1729 West Broadway Ste 12, Columbia, Missouri
13 65203.

14     152.   Defendant Koy McNary is an individual having an office and place of
15 business at Puff's Twelve Dollar Zoo at 1729 West Broadway Ste 12, Columbia,
16 Missouri 65203; and is one of the conscious, dominant and active forces behind the
17 wrongful activities of the corporate defendant Puff's Twelve Dollar Zoo, which wrongful
18 acts he has engaged in for the gain and benefit of defendant Puff's Twelve Dollar Zoo
19 and for his own individual gain and benefit.

20     153.   Defendant Pudelko's Department Store is an entity of unknown origin
21 having an office and place of business at P.O. Box 554, Rushville, Nebraska 69360.

22     154.   Defendant Steve Pudelko is an individual having an office and place of
23 business at Pudelko's Department Store at P.O. Box 554, Rushville, Nebraska 69360;
24 and is one of the conscious, dominant and active forces behind the wrongful activities of
25 the corporate defendant Pudelko's Department Store, which wrongful acts he has
26 engaged in for the gain and benefit of defendant Pudelko's Department Store and for his
27 own individual gain and benefit.

28 / / /

**COMPLAINT FOR DAMAGES**

155.   Defendant A&E Stores is an entity of unknown origin having an office and place of business at 1000 Huyler Street, Teterboro, New Jersey 07608.

156.   Defendant Against All Odds USA, Inc. is an entity of unknown origin having an office and place of business at 30 Congress Drive, Moonachie, New Jersey 07074.

157.   Defendant Kwang Won Khym is an individual having an office and place of business at Against All Odds USA, Inc. at 30 Congress Drive, Moonachie, New Jersey 07074; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Against All Odds USA, Inc., which wrongful acts he has engaged in for the gain and benefit of defendant Against All Odds USA, Inc. and for his own individual gain and benefit.

158.   Defendant APC of New Jersey is an entity of unknown origin doing business as NJ Wearhouse having an office and place of business at 3501 Route 42, Turnville, New Jersey 08012.

159.   Defendant Forman Mills Inc. is an entity of unknown origin having an office and place of business at 1070 Thomas Busch Memorial Hwy, Pennsauken, New Jersey 08110.

160.   Defendant Heir's Inc. is an entity of unknown origin having an office and place of business at 525 West Side Avenue, Jersey City, New Jersey 07304.

161.   Defendant Jeffrey S. Heir is an individual having an office and place of business at Heir's Inc. at 525 West Side Avenue, Jersey City, New Jersey 07304; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Heir's Inc., which wrongful acts he has engaged in for the gain and benefit of defendant Heir's Inc. and for his own individual gain and benefit.

162.   Defendant Sunshine Fashion USA Inc. is an entity of unknown origin having an office and place of business at 4321 Bergenline Avenue, Union City, New Jersey 07087.

/ / /

COMPLAINT FOR DAMAGES

163.   Defendant Nagam Alawieh is an individual having an office and place of business at Sunshine Fashion USA Inc. at 4321 Bergenline Avenue, Union City, New Jersey 07087; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Sunshine Fashion USA Inc., which wrongful acts he has engaged in for the gain and benefit of defendant Sunshine Fashion USA Inc. and for his own individual gain and benefit.

164.   Defendant Tee's is an entity of unknown origin having an office and place of business at P.O. Box 927, Springfield, New Jersey 07081.

165.   Defendant Terry's is an entity of unknown origin having an office and place of business at 5001 Menaul Blvd NE, Albuquerque, New Mexico 87110.

166.   Defendant Vincent Shivers is an individual having an office and place of business at Terry's at 5001 Menaul Blvd NE, Albuquerque, New Mexico; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Terry's, which wrongful acts he has engaged in for the gain and benefit of defendant Terry's and for his own individual gain and benefit.

167.   Defendant American Wear is an entity of unknown origin having an office and place of business at 1702 Chrisler Avenue, Schenectady, New York 12303.

168.   Defendant Larry Fairfield is an individual having an office and place of business at American Wear at 1702 Chrisler Avenue, Schenectady, New York 12303; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant American Wear, which wrongful acts he has engaged in for the gain and benefit of defendant American Wear and for his own individual gain and benefit.

169.   Defendant Bert Drobbin Co Inc. is an entity of unknown origin having an office and place of business at 8711 111th street, Richmond Hill, New York 11418.

170.   Defendant Mitchell Drobbin is an individual having an office and place of business at Bert Drobbin Co Inc. at 8711 111th street, Richmond Hill, New York 11418; and is one of the conscious, dominant and active forces behind the wrongful activities of

1 the corporate defendant Bert Drobbin Co Inc., which wrongful acts he has engaged in for
2 the gain and benefit of defendant Bert Drobbin Co Inc. and for his own individual gain
3 and benefit.

4      171.   Defendant Century 21 Inc. is an entity of unknown origin having an office
5 and place of business at 22 Cortland Street, New York, New York 10007.

6      172.   Defendant Detour By Rebelwear Inc. is an entity of unknown origin having
7 an office and place of business at 4091A Broadway, New York, New York 10032.

8      173.   Defendant Michael Faissa Wassim is an individual having an office and
9 place of business at Detour By Rebelwear Inc. at 4091A Broadway, New York, New
10 York 10032; and is one of the conscious, dominant and active forces behind the
11 wrongful activities of the corporate defendant Detour By Rebelwear Inc., which
12 wrongful acts he has engaged in for the gain and benefit of defendant Detour By
13 Rebelwear Inc.  and for his own individual gain and benefit.

14      174.   Defendant Fashion House is an entity of unknown origin having an office
15 and place of business at 810 Sunrise Mall, Massapequa, New York 11758.

16      175.   Defendant Tirath Chugh is an individual having an office and place of
17 business at Fashion House at 810 Sunrise Mall, Massapequa, New York 11758; and is
18 one of the conscious, dominant and active forces behind the wrongful activities of the
19 corporate defendant Fashion House, which wrongful acts he has engaged in for the gain
20 and benefit of defendant Fashion House and for his own individual gain and benefit.

21      176.   Defendant Fat Alberts Warehouse Inc. is an entity of unknown origin
22 having an office and place of business at 774 Broadway, Brooklyn, New York 11206.

23      177.   Defendant Albert Srour is an individual having an office and place of
24 business at Fat Alberts Warehouse Inc. at 774 Broadway, Brooklyn, New York 11206;
25 and is one of the conscious, dominant and active forces behind the wrongful activities of
26 the corporate defendant Fat Alberts Warehouse Inc., which wrongful acts he has engaged
27 in for the gain and benefit of defendant Fat Alberts Warehouse Inc.  and for his own
28 individual gain and benefit.

**COMPLAINT FOR DAMAGES**

1    178.   Defendant Gardenia Trading Corp is an entity of unknown origin having an

2 office and place of business at 251 49th Street, Brooklyn, New York 11220.

3    179.   Defendant Chouki Issa is an individual having an office and place of

4 business at Gardenia Trading Corp at 251 49th Street, Brooklyn, New York 11220; and is

5 one of the conscious, dominant and active forces behind the wrongful activities of the

6 corporate defendant Gardenia Trading Corp, which wrongful acts he has engaged in for

7 the gain and benefit of defendant Gardenia Trading Corp and for his own individual gain

8 and benefit.

9    180.   Defendant Gare Discount Center Inc. is an entity of unknown origin having

10 an office and place of business at 2215 Church Avenue, Brooklyn, New York 11226.

11    181.   Defendant Ezra Rome is an individual having an office and place of

12 business at Gare Discount Center Inc. at 2215 Church Avenue, Brooklyn, New York

13 11226; and is one of the conscious, dominant and active forces behind the wrongful

14 activities of the corporate defendant Gare Discount Center Inc., which wrongful acts he

15 has engaged in for the gain and benefit of defendant Gare Discount Center Inc. and for

16 his own individual gain and benefit.

17    182.   Defendant Ival Group, IDM, LLC is an entity of unknown origin having an

18 office and place of business at 447 Doughty Blvd., Inwood, New York 11096.

19    183.   Defendant Daniel Greenberg is an individual having an office and place of

20 business at Ival Group, IDM, LLC at 447 Doughty Blvd., Inwood, New York 11096; and

21 is one of the conscious, dominant and active forces behind the wrongful activities of the

22 corporate defendant Ival Group, IDM, LLC, which wrongful acts he has engaged in for

23 the gain and benefit of defendant Ival Group, IDM, LLC and for his own individual gain

24 and benefit.

25    184.   Defendant Jam Jeans Inc. is an entity of unknown origin having an office

26 and place of business at 96 East 167th Street, Bronx, New York 10452.

27    185.   Defendant Bassam Alawieh is an individual having an office and place of

28 business at Jam Jeans Inc. at 96 East 167th Street, Bronx, New York 10452; and is one of

COMPLAINT FOR DAMAGES

1 | the conscious, dominant and active forces behind the wrongful activities of the corporate
2 | defendant Jam Jeans Inc., which wrongful acts he has engaged in for the gain and benefit
3 | of defendant Jam Jeans Inc. and for his own individual gain and benefit.

4 |      186.   Defendant Masters Inc. is an entity of unknown origin doing business as
5 | Lady Rose having an office and place of business at 111 Hempstead Tpke Fl 2, West
6 | Hempstead, New York 11552.

7 |      187.   Defendant Richard Greenspand is an individual having an office and place
8 | of business at Masters Inc. at 111 Hempstead Tpke Fl 2, West Hempstead, New York
9 | 11552; and is one of the conscious, dominant and active forces behind the wrongful
10 | activities of the corporate defendant Masters Inc., which wrongful acts he has engaged in
11 | for the gain and benefit of defendant Masters Inc. and for his own individual gain and
12 | benefit.

13 |      188.   Defendant Loftworks is an entity of unknown origin having an office and
14 | place of business at 100 Lafayette Street, New York, New York 10013.

15 |      189.   Defendant Lana Choy is an individual having an office and place of
16 | business at Loftworks at 100 Lafayette Street, New York, New York 10013; and is one
17 | of the conscious, dominant and active forces behind the wrongful activities of the
18 | corporate defendant Loftworks, which wrongful acts he has engaged in for the gain and
19 | benefit of defendant Loftworks and for his own individual gain and benefit.

20 |      190.   Defendant Lotless.com, Inc. is an entity of unknown origin having an office
21 | and place of business at 213 West 35th Street, New York, New York 10001.

22 |      191.   Defendant Muhammad Salim is an individual having an office and place of
23 | business at Lotless.com, Inc. at 213 West 35th Street, New York, New York 10001; and
24 | is one of the conscious, dominant and active forces behind the wrongful activities of the
25 | corporate defendant Lotless.com, Inc., which wrongful acts he has engaged in for the
26 | gain and benefit of defendant Lotless.com, Inc. and for his own individual gain and
27 | benefit.

28 | / / /

192.    Defendant Nana Boutique of NY Inc. is an entity of unknown origin having an office and place of business at 100 Dyckman Street, New York, New York 10040 .

193.    Defendant Quality Clothing is an entity of unknown origin, also known as Speed Clothing, having an office and place of business at 1637 Utica Avenue, Brooklyn, New York 11234.

194.    Defendant Yitzhak Roditi is an individual having an office and place of business at Quality Clothing (also know as Speed Clothing) at 1637 Utica Avenue, Brooklyn, New York 11234; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Quality Clothing, which wrongful acts he has engaged in for the gain and benefit of defendant Quality Clothing and for his own individual gain and benefit.

195.    Defendant Robin Millen Jeans is an entity of unknown origin having an office and place of business at 218 West 37th Street Fl 2, New York, New York 10018.

196.    Defendant Robin Malekan is an individual having an office and place of business at Robin Millen Jeans at 218 West 37th Street Fl 2, New York, New York 10018; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Robin Millen Jeans, which wrongful acts he has engaged in for the gain and benefit of defendant Robin Millen Jeans and for his own individual gain and benefit.

197.    Defendant The #1 Spot of NYC Inc. is an entity of unknown origin having an office and place of business at 34 West 24th Street, New York, New York 10001.

198.    Defendant Torgman Import Inc. is an entity of unknown origin doing business as City Lite having an office and place of business at 585 8th Avenue, New York, New York 10018.

199.    Defendant Mike Torgman is an individual having an office and place of business at Torgman Import Inc. at 585 8th Avenue, New York, New York 10018; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Torgman Import Inc. which wrongful acts he has engaged in for the

gain and benefit of defendant Torgman Import Inc. and for his own individual gain and benefit.

200.    Defendant Eli's Fashion Warehouse is an entity of unknown origin having an office and place of business at 7020 Albemarle Road, Charlotte, North Carolina 28227.

201.    Defendant Greg Gabriel is an individual having an office and place of business at Eli's Fashion Warehouse at 7020 Albemarle Road, Charlotte, North Carolina 28227; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Eli's Fashion Warehouse, which wrongful acts he has engaged in for the gain and benefit of defendant Eli's Fashion Warehouse and for his own individual gain and benefit.

202.    Defendant Fairmont Department Store is an entity of unknown origin having an office and place of business at 203 Main Street, Fairmont, North Carolina 28340.

203.    Defendant G Q Men's Wear is an entity of unknown origin having an office and place of business at 1935 Jake Alexander Blvd S #B8, Salisbury, North Carolina 28146.

204.    Defendant Geedu Lalchandani is an individual having an office and place of business at G Q Men's Wear at 1935 Jake Alexander Blvd S #B8, Salisbury, North Carolina 28146; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant G Q Men's Wear, which wrongful acts he has engaged in for the gain and benefit of defendant G Q Men's Wear and for his own individual gain and benefit.

205.    Defendant Variety Wholesalers, Inc. is an entity of unknown origin having offices and places of business at P.O. Box Drawer 947, Henderson, North Carolina 2753 and P.O. Box 17800, 3401 Gresham Lake Rd, Raleigh, North Carolina 27619.

206.    Defendant Geneo is an entity of unknown origin having an office and place of business at 24 Roaming & Harlem Roads, Building 135, Akron, Ohio 44322.

207.   Defendant High Level Fashion is an entity of unknown origin having an office and place of business at 238 S Summit Street, Toledo, Ohio 43602.

208.   Defendant Anwar Zarour is an individual having an office and place of business at High Level Fashion at 238 S Summit Street, Toledo, Ohio 43602; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant High Level Fashion, which wrongful acts he has engaged in for the gain and benefit of defendant High Level Fashion and for his own individual gain and benefit.

209.   Defendant The Vibe is an entity of unknown origin having an office and place of business at 98 N Paint Street, Chillicothe, Ohio 45601.

210.   Defendant John Phillip Harding Jr. is an individual having an office and place of business at The Vibe at 98 N Paint Street, Chillicothe, Ohio 45601; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant The Vibe, which wrongful acts he has engaged in for the gain and benefit of defendant The Vibe and for his own individual gain and benefit.

211.   Defendant City Blue Inc. is an entity of unknown origin having an office and place of business at 1141 Chestnut Street, Philadelphia, Pennsylvania 19107.

212.   Defendant Joe Nadav is an individual having an office and place of business at City Blue Inc. at 1141 Chestnut Street, Philadelphia, Pennsylvania 19107; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant City Blue Inc., which wrongful acts he has engaged in for the gain and benefit of defendant City Blue Inc. and for his own individual gain and benefit.

213.   Defendant J&B Sales Co. is an entity of unknown origin having an office and place of business at 1025 5th Avenue, Pittsburgh, Pennsylvania 15219.

214.   Defendant Julian Ebling is an individual having an office and place of business at J&B Sales Co. at 1025 5th Avenue, Pittsburgh, Pennsylvania 15219; and is one of the conscious, dominant and active forces behind the wrongful activities of the

/ / /

corporate defendant J&B Sales Co., which wrongful acts he has engaged in for the gain and benefit of defendant J&B Sales Co. and for his own individual gain and benefit.

215.    Defendant Nathans Stylegate Inc. is an entity of unknown origin having an office and place of business at 3201 Paxton Street, Harrisburg, Pennsylvania 17111.

216.    Defendant Todd Davis is an individual having an office and place of business at Nathans Stylegate Inc. at 3201 Paxton Street, Harrisburg, Pennsylvania 17111; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Nathans Stylegate Inc., which wrongful acts he has engaged in for the gain and benefit of defendant Nathans Stylegate Inc. and for his own individual gain and benefit.

217.    Defendant BJ's Outlet is an entity of unknown origin having an office and place of business at 710 East Wade Hampton Blvd, Greer, South Carolina 29651.

218.    Defendant Leo Joyce is an individual having an office and place of business at BJ's Outlet at 710 East Wade Hampton Blvd, Greer, South Carolina 29651; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant BJ's Outlet, which wrongful acts he has engaged in for the gain and benefit of defendant BJ's Outlet and for his own individual gain and benefit.

219.    Defendant Downtown Fashions is an entity of unknown origin having an office and place of business at 120 E Main Street, Lake City, South Carolina 29560.

220.    Defendant Shahab Khan is an individual having an office and place of business at Downtown Fashions at 120 E Main Street, Lake City, South Carolina 29560; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Downtown Fashions, which wrongful acts he has engaged in for the gain and benefit of defendant Downtown Fashions and for his own individual gain and benefit.

221.    Defendant Cuz Fashions is an entity of unknown origin having an office and place of business at 144A Sam Writtenberg Blvd, Charleston, South Carolina 29407.

/ / /

COMPLAINT FOR DAMAGES

1    222.    Defendant In Style is an entity of unknown origin having an office and

2    place of business at 205 W Blackstock Rd Ste 310, Spartanburg, South Carolina 29301.

3    223.    Defendant Mohamed Elgammal is an individual having an office and place

4    of business at In Style at 205 W Blackstock Rd Ste 310, Spartanburg, South Carolina

5    29301; and is one of the conscious, dominant and active forces behind the wrongful

6    activities of the corporate defendant In Style, which wrongful acts he has engaged in for

7    the gain and benefit of defendant In Style. and for his own individual gain and benefit.

8    224.    Defendant Super Bad Men's Clothing is an entity of unknown origin having

9    an office and place of business at 532 King Street, Charleston, South Carolina 29403 and

10   331 Bells Hwy, Walterboro, South Carolina 29488..

11   225.    Defendant Abraham Dabit is an individual having an office and place of

12   business at Super Bad Men's Clothing at 532 King Street, Charleston, South Carolina

13   29403 and 331 Bells Hwy, Walterboro, South Carolina 29488.; and is one of the

14   conscious, dominant and active forces behind the wrongful activities of the corporate

15   defendant Super Bad Men's Clothing, which wrongful acts he has engaged in for the

16   gain and benefit of defendant Super Bad Men's Clothing and for his own individual gain

17   and benefit.

18   226.    Defendant Super Bad is an entity of unknown origin having an office and

19   place of business at 2709 Church Street, Conway, South Carolina 29526.

20   227.    Defendant Randy Othman is an individual having an office and place of

21   business at Super Bad at 2709 Church Street, Conway, South Carolina 29526; and is one

22   of the conscious, dominant and active forces behind the wrongful activities of the

23   corporate defendant Super Bad, which wrongful acts he has engaged in for the gain and

24   benefit of defendant Super Bad and for his own individual gain and benefit.

25   228.    Defendant Greg's of Frayser, LLC affiliated with Greg's Store For Men,

26   Greg's of Raleigh and Greg's of Hickory Hill (collectively, "Greg's") is an entity of

27   unknown origin having an office and place of business at 2142 Frayser Blvd, Memphis,

28   Tennessee 38127.

229.   Defendant Larry Wolf is an individual having an office and place of business at Greg's at 2142 Frayser Blvd, Memphis, Tennessee 38127; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Greg's, which wrongful acts he has engaged in for the gain and benefit of defendant Greg's and for his own individual gain and benefit.

230.   Defendant Leader Men's Wear is an entity of unknown origin having an office and place of business at 2801 Wilma Rudolph Blvd, Clarksville, Tennessee 37040.

231.   Defendant Alex Hassan is an individual having an office and place of business at Leader Men's Wear at 2801 Wilma Rudolph Blvd, Clarksville, Tennessee 37040; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Leader Men's Wear, which wrongful acts he has engaged in for the gain and benefit of defendant Leader Men's Wear and for his own individual gain and benefit.

232.   Defendant Magic Touch International Inc. is an entity of unknown origin having an office and place of business at 800 S James Campbell Blvd, Columbia, Tennessee 38401.

233.   Defendant Alex Mohammed Hassan is an individual having an office and place of business at Magic Touch International Inc. at 800 S James Campbell Blvd, Columbia, Tennessee 38401; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Magic Touch Inc., which wrongful acts he has engaged in for the gain and benefit of defendant Magic Touch Inc. and for his own individual gain and benefit.

234.   Defendant Young Fashions is an entity of unknown origin having an office and place of business at 1137 Gallatin Avenue, Nashville, Tennessee 37206.

235.   Defendant Yong Chun is an individual having an office and place of business at Young Fashions at 1137 Gallatin Avenue, Nashville, Tennessee 37206; and is one of the conscious, dominant and active forces behind the wrongful activities of the

/ / /

1  corporate defendant Young Fashions, which wrongful acts he has engaged in for the gain

2  and benefit of defendant Young Fashions and for his own individual gain and benefit.

3      236.   Defendant Action Fashions is an entity of unknown origin doing business as

4  Action Fashions II having an office and place of business at 5110 Griggs Rd, Houston,

5  Texas 77021 and 1022 Homestead Avenue, Houston, Texas 77016.

6      237.   Defendant Jerry Nainani is an individual having an office and place of

7  business at Action Fashions t 5110 Griggs Rd, Houston, Texas 77021 and 1022

8  Homestead Avenue, Houston, Texas 77016; and is one of the conscious, dominant and

9  active forces behind the wrongful activities of the corporate defendant Action Fashions,

10  which wrongful acts he has engaged in for the gain and benefit of defendant Action

11  Fashions and for his own individual gain and benefit.

12      238.   Defendant Apollo Fashions is an entity of unknown origin having an office

13  and place of business at 11861 Bissonnet Street, Houston, Texas 77099.

14      239.   Defendant Naresh Punjabi is an individual having an office and place of

15  business at Apollo Fashions at 11861 Bissonnet Street, Houston, Texas 77099; and is

16  one of the conscious, dominant and active forces behind the wrongful activities of the

17  corporate defendant Apollo Fashions, which wrongful acts he has engaged in for the gain

18  and benefit of defendant Apollo Fashions and for his own individual gain and benefit.

19      240.   Defendant Auchan USA Inc. is an entity of unknown origin having an office

20  and place of business at 8800 W Sam Houston Pkwy S, Houston, Texas 77099.

21      241.   Defendant Avante is an entity of unknown origin having an office and place

22  of business at 217 Northline Mall, Houston, Texas 77022.

23      242.   Defendant CC International is an entity of unknown origin having an office

24  and place of business at 7502 Corporate Drive, Houston, Texas 77036.

25      243.   Defendant Geovanni Clothing is an entity of unknown origin having an

26  office and place of business at 518 Almeda Mall, Houston, Texas 77075.

27      244.   Defendant Majed M. Elsaadi is an individual having an office and place of

28  business at Geovanni Clothing at 518 Almeda Mall, Houston, Texas 77075; and is one of

**COMPLAINT FOR DAMAGES**

the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Geovanni Clothing, which wrongful acts he has engaged in for the gain and benefit of defendant Geovanni Clothing and for his own individual gain and benefit.

245.   Defendant Jeans Warehouse is an entity of unknown origin having an office and place of business at 11171 Harry Hines Blvd, Dallas, Texas 75229.

246.   Defendant Lamar Fashion is an entity of unknown origin having an office and place of business at 5110 Griggs Road, Houston, Texas 77021.

247.   Defendant Sophia Clark is an individual having an office and place of business at Lamar Fashion at 5110 Griggs Road, Houston, Texas 77021; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Lamar Fashion, which wrongful acts he has engaged in for the gain and benefit of defendant Lamar Fashion and for his own individual gain and benefit.

248.   Defendant IMZA Inc. is an entity of unknown origin doing business as "Nu Limits" having an office and place of business at 450 Greenspoint Mall, Houston, Texas 77060.

249.   Defendant Amin Aziz is an individual having an office and place of business at IMZA Inc. doing business as "Nu Limits" at 450 Greenspoint Mall, Houston, Texas 77060; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant IMZA Inc., which wrongful acts he has engaged in for the gain and benefit of defendant IMZA Inc. and for his own individual gain and benefit.

250.   Defendant Burton's Menswear Inc. is an entity of unknown origin doing business as "The Scotsman" having an office and place of business at 350 Lansdowne Road, Fredericksburg, Virginia 22404.

251.   Defendant Robert Burton is an individual having an office and place of business at Burton's Menswear Inc. doing business as "The Scotsman" at 350 Lansdowne Road, Fredericksburg, Virginia 22404; and is one of the conscious, dominant and active forces behind the wrongful activities of the corporate defendant Burton's

1  Menswear Inc., which wrongful acts he has engaged in for the gain and benefit of

2  defendant Burton's Menswear Inc. and for his own individual gain and benefit.

3       252.   Defendant DJ's Sportswear is an entity of unknown origin having an office

4  and place of business at 4104 15th Avenue South, Seattle, Washington 98108.

5       253.   Defendant Urban Stylz is an entity of unknown origin having an office and

6  place of business at 164 Value City Center, Beckley, West Virgina 25801.

7       254.   Defendant Casual City is an entity of unknown origin having an office and

8  place of business at 1020 W Historic Mitchell Street, Milwaukee, Wisconsin 53204.

9       255.   Defendant John Chung is an individual having an office and place of

10  business at Casual City at 1020 W Historic Mitchell Street, Milwaukee, Wisconsin

11  53204; and is one of the conscious, dominant and active forces behind the wrongful

12  activities of the corporate defendant Casual City, which wrongful acts he has engaged in

13  for the gain and benefit of defendant Casual City and for his own individual gain and

14  benefit.

15       256.   Defendant City Boy is an entity of unknown origin having an office and

16  place of business at 1226 W Historic Mitchell Street, Milwaukee, Wisconsin 53204.

17       257.   All of the above-named Defendants are hereinafter collectively referred to

18  as "Defendants".

19                **ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

20  **A.**   ***Rocawear's Family of Trademarks, Logos, and Designs***

21       258.   Rocawear Licensing, LLC is the worldwide owner of the ROCAWEAR

22  trademark and various composite trademarks comprising the ROCAWEAR mark stylized

23  and in combination with various logos (hereinafter, collectively, the "Rocawear Marks").

24       259.   Plaintiff Roc Apparel Group LLC through an exclusive license from

25  Rocawear Licensing, LLC has the exclusive right to use, enforce and benefit from the

26  Rocawear trademarks, including but not limited to U.S. Registration No. 2,434,124 for

27  the Rocawear mark and U.S. Registration No. 2,633,943 for the ROCAWEAR plus RW

28  Logo Design mark for clothing and footwear in International Class 25.

260.   Plaintiffs Rocawear and their predecessor corporation have been designing, manufacturing, distributing and selling apparel bearing the Rocawear Marks since early 1999.

261.   Since its inception, the Rocawear line has emerged as a global force in men's, women's and children's fashion with worldwide sales and distribution.

262.   ROCAWEAR-branded products, and their packaging all prominently bear the Rocawear Marks.

263.   Each of the Rocawear Marks has been continually used in commerce since its respective date of first use – alleged in their corresponding trademark registrations.

264.   Because of Rocawear's extensive use of the Rocawear Marks, the Rocawear line has built up significant goodwill therein.  The success of Rocawear's marketing efforts is evidenced by, among other things, the unsolicited media attention that the Rocawear line has received.

265.   Rocawear's products are distributed throughout the United States and in numerous foreign countries.

266.   The Rocawear apparel line is the brainchild of multi-platinum rap star Shawn "Jay-Z" Carter ("Jay-Z"), who is a leading force in nearly every aspect of urban entertainment.

267.   The Rocawear line was introduced in 1999 to consumers across the  United States during Jay-Z's history making "Hard Knock Life" tour, where all the artists, including rappers Method Man, DMX, Redman, Memphis Bleek, Beanie Sigel and DJ Clue wore Rocawear clothing to promote the line.

268.   Millions of fans were exposed to the fashionable urbanite Rocawear apparel line as the tour traveled to over 40 U.S. cities making Rocawear the number one selling young men's sportswear brand in its first year of business.

269.   Entertainers such as Snoop Dog, the late Aaliyah, Trick Daddy, Ginuwine, Capone & Noreaga, Scarface, and athletes, such as Allen Iverson, David Reid, Jesse

/ / /

1  Armstead, Marco Antonio Barrera, Zab Judah, Antonio Freeman and Speedy Claxton
2  can all be seen wearing Rocawear clothing.

3      270.   Rocawear apparel has been featured in various major network shows, such
4  as Saturday Night Live, Moesha, Soul Food, Frasier, Steve Harvey, The Parkers, BET's
5  106 & Park and in movies, such as "Training Day" with Denzel Washington and Ethan
6  Hawke.

7      271.   Furthermore, the Rocawear apparel line has been praised and recognized in
8  numerous articles appearing in both trade publications and publications directed to the
9  general public, including Vibe, New York Magazine, XXL, Black Enterprise, Source,
10 Hamptons Magazine, Entertainment Weekly, Blaze, Slam, DNR, Sportswear
11 International and in daily newspapers, such as The New York Daily Times and The New
12 York Post.

13     272.   The Rocawear collection of apparel includes tee shirts, shirts, jeans, sweat
14 suits, sweaters, jackets, outerwear, footwear and leather apparel with over 120 styles
15 produced each season.  Rocawear's urban collegiate apparel is coveted by young men,
16 women and children around the world.

17     273.   Rocawear clothing is sold in major department stores and boutiques
18 throughout the United States, and is sold through distributors in Canada, Europe, the
19 Middle East, Central America, Korea, and in Japan for sales in retail stores worldwide.

20     274.   In the first 18 months of its introduction, the Rocawear apparel line
21 generated sales at retail of over Eighty Million Dollars ($80,000,000) and is now
22 magnitudes greater.

23     275.   The Rocawear Marks have come to identify, in the United States and
24 throughout the world, a line of hip, urban, cutting edge clothing.

25 **B.    *Sean John's Family of Trademarks, Logos and Designs***

26     276.   Plaintiff Sean John has achieved a prominent position in the fashion
27 industry, attributable to the high quality of its products sold under its federally registered
28 Sean John trademarks (hereinafter, the "Sean John Marks"), as well as the popularity and

1  success of its founder, Sean "P. Diddy" Combs, the famous, entrepreneurial,
2  entertainment industry executive.

3       277.   Since its inception in 1998, Sean John has been continuously promoting and
4  selling clothing and accessories under the Sean John Marks. Sean John has expended
5  several million dollars each year in advertising these marks and the goods and services
6  associated with them.

7       278.   As a result of Sean John's exacting standards, its vigorous promotion of the
8  Sean John Marks and the publicity generated for the Sean John line of clothing and
9  accessories bearing the Sean John Marks, the Sean John Marks have come to symbolize
10  quality in the eyes of the consuming public.

11       279.   By virtue of the wide renown acquired by the Sean John Marks coupled
12  with their geographic distribution and extensive sales of product under the Sean John
13  Marks, the Sean John Marks have acquired secondary meaning in the mind of the
14  purchasing public and have become famous.

15       280.   Sean John owns the following federal trademark registrations, among
16  others:  Sean John® (Reg. No. 2466699) and Sean John Stylized (Reg. No. 2409545).
17  The Sean John Marks have continually been used in commerce since their date of first
18  use.

19       281.   Because of Sean John's extensive use of the Sean John Marks, Sean John
20  has built up significant goodwill therein. The success of Sean John's marketing efforts is
21  evidenced by, among other things, the worldwide distribution of Sean John® products
22  and the unsolicited media attention that the Sean John brand has received.

23       282.   The Sean John line of clothing and accessories is sold in the country's best
24  department and specialty stores, including Bloomingdale's, Macy's, Belk's and Fred
25  Segal.

26  **C.    *Defendants' Infringing Conduct***

27       283.   With actual and constructive notice of the above-mentioned federal and
28  state trademark registrations and Plaintiffs' extensive and continuous use of Plaintiffs'

respective Rocawear and Sean John Marks, Plaintiffs are informed and believe, and upon such information and belief aver, that Defendants have purchased, offered for sale and/or sold counterfeit "Rocawear" and/or "Sean John" merchandise and have otherwise infringed the Rocawear and/or Sean John Marks.

284.   In 2003, pursuant to a counterfeiting investigation, law enforcement executed a search warrant on a business named Pacesetter Apparel Group (hereinafter, "Pacesetter") located in Georgia.  At Pacesetter, law enforcement discovered large quantities of counterfeit Rocawear and Sean John clothing.

285.   Law enforcement confiscated Pacesetter's counterfeit merchandise from its warehouse, and also seized Pacesetter's office computers and various documents, including,  invoices, purchase orders and other business records.

286.   Consequently, in or around July 2005, law enforcement allowed Plaintiffs' counsel to inspect the various documents and computer records seized from Pacesetter. Upon examination of these records, Plaintiffs learned the identities of the Defendants, named herein, that purchased counterfeit Rocawear and/or Sean John merchandise from Pacesetter for resale in Defendants' retail stores.

## FIRST CLAIM FOR RELIEF

### (For Infringement of Federally Registered Trademarks)

287.   Plaintiffs incorporate herein by reference the averments of the preceding paragraphs as though fully set forth herein.

288.   Plaintiffs are informed and believe, and upon such information and belief aver, that Defendants advertised, promoted, and sold at retail counterfeit ROCAWEAR and SEAN JOHN merchandise and thereby caused harm to Plaintiffs.

289.   Plaintiffs allege upon information and belief that Defendants knew that the merchandise being purchased from Pacesetter was counterfeit or had reason to know that it was counterfeit and was recklessly indifferent to the fact that such merchandise was counterfeit.

/ / /

1    290.   In addition to the acts specifically described above, on information and

2    belief, Defendants have otherwise infringed Plaintiffs' respective Marks.

3    291.   Defendants have, without the consent of Plaintiffs, used in commerce

4    reproductions, counterfeits, copies, and colorable imitations of Plaintiffs' respective

5    Marks in connection with the sale, offering for sale and distribution of goods on or in

6    connection with such use as is likely to cause confusion, mistake, and deception.

7    292.   Despite Defendants' knowledge that their acts are wrongful, they sold

8    counterfeits of Plaintiffs' apparel.

9    293.   Defendants' promotion, sale, and offering for sale of these goods has caused

10   a loss of sales of Plaintiffs' genuine products and will result in the loss of future sales to

11   customers who have bought Defendants' inferior products believing them to be

12   Plaintiffs' genuine goods.

13   294.   The promotion, sale, offering for sale, and distribution by Defendants of

14   these counterfeit goods is likely to cause confusion and mistake and to deceive

15   purchasers and do in fact cause confusion, mistake, and deception.

16   295.   Defendants' acts have caused and, unless restrained by this Court, will

17   continue to cause Plaintiffs and the public to suffer great and irreparable damage and

18   injury through, inter alia, (a) a likelihood of confusion, mistake, and deception among

19   the relevant purchasing public and trade as to the source of the Defendants' counterfeit

20   goods; and (b) the loss of Plaintiffs' valuable goodwill and business reputation

21   symbolized by Plaintiffs' respective Marks.

22   296.   Plaintiffs have suffered loss of profits and other damage, and Defendants

23   have earned illegal profits, in an amount to be proven at trial, as the result of the

24   aforesaid acts of Defendants.  Plaintiffs may elect, at time of trial, and in the alternative

25   statutory damages up to the maximum extent permitted under the Lanham Act, as

26   determined by the trier of fact.

27   297.   Plaintiffs have no adequate remedy at law.

28   / / /

## SECOND CLAIM FOR RELIEF

### (For False and Misleading Descriptions and Representations and Dilution)

298.   Plaintiffs incorporate herein by reference the averments of the preceding paragraphs as though fully set forth herein.

299.   Defendants have, on or in connection with its counterfeit goods, used words, terms, names, symbols, devices, and combinations thereof, false designations of origin, and false and misleading descriptions and representation of facts in violation of 15 U.S.C. § 1125(a) that:

      a.    Caused or are likely to cause confusion, mistake, and deception as to the affiliation, connection, and association of Defendants with Plaintiffs and as to the origin, sponsorship, and approval of Defendants' unauthorized goods; and

      b.    Misrepresented, in commercial dealings, the nature, characteristics, qualities, and origin of Defendants' goods.

300.   Upon information and belief, Plaintiffs aver that Defendants have made false representations regarding their goods and the connection of such goods to Plaintiffs and to Plaintiffs' genuine merchandise.  Such representations were made in connection with commerce.

301.   Defendants have made commercial use in commerce of counterfeit ROCAWEAR and SEAN JOHN clothing, which began after Plaintiffs' respective Marks became distinctive and famous.

302.   Defendants' acts have caused and, unless restrained by this Court, will continue to cause Plaintiffs and the public to suffer great and irreparable damage and injury through, inter alia, (a) a likelihood of confusion, mistake and deception among the relevant purchasing public and trade as to the source of the Defendants' counterfeit goods; (b) the loss of Plaintiffs' valuable goodwill and business reputation symbolized by Plaintiffs' Marks; and (c) the dilution of the distinctiveness of Plaintiffs' respective Marks.

303.   Plaintiffs have suffered loss of profits and other damage, and Defendants have earned illegal profits, in an amount to be proven at trial, as the result of the aforesaid acts of Defendants.

304.   Plaintiffs have no adequate remedy at law.

## **THIRD CLAIM FOR RELIEF**

### **(For California and Common-Law Trademark and Trade Name Infringement)**

305.   Plaintiffs incorporate herein by reference the averments of the preceding paragraphs as though fully set forth herein.

306.   Defendants' use, without the consent of Plaintiffs, of reproductions, counterfeits, copies or colorable imitations of Plaintiffs' Marks in connection with Defendants' goods, is likely to cause confusion, mistake and deception.  Such use infringes Plaintiffs' rights in Plaintiffs' respective Marks in violation of California trademark law, including Business and Professions Code Sections 14320, 14335, and 14340, and the common law.

307.   Defendants' acts have caused and, unless restrained by this Court, will continue to cause Plaintiffs and the public to suffer great and irreparable damage and injury.

308.   Plaintiffs have suffered loss of profits and other damage, and Defendants have earned illegal profits, in an amount to be proven at trial, as the result of the aforesaid acts of Defendants.

309.   The conduct herein complained of was extreme, outrageous, fraudulent, and was inflicted on Plaintiffs in reckless disregard of Plaintiff's rights.  Said conduct was despicable and harmful to Plaintiffs and as such supports an award of exemplary and punitive damages in an amount sufficient to punish and make an example of the Defendants and to deter them from similar such conduct in the future.

310.   Plaintiffs have no adequate remedy at law.

/ / /

**COMPLAINT FOR DAMAGES**

## FOURTH CLAIM FOR RELIEF

### (For Injury to Business Reputation and Dilution)

311.    Plaintiffs incorporate herein by reference the averments of the preceding paragraphs as though fully set forth herein.

312.    Defendants' use of colorable copies and imitations of Plaintiffs' respective Marks is likely to cause injury to Plaintiffs's business reputation and dilute the distinctive quality of Plaintiffs's Marks in violation of California trademark law, including Business and Professions Code Section 14330 and the common law.

313.    Defendants' acts have caused and, unless restrained by this Court, will continue to cause Plaintiffs and the public to suffer great and irreparable damage and injury.

314.    Plaintiffs have suffered loss of profits and other damage, and Defendants have earned illegal profits, in an amount to be proven at trial, as the result of the aforesaid acts of Defendants.

315.    The conduct herein complained of was extreme, outrageous, fraudulent, and was inflicted on Plaintiffs in reckless disregard of Plaintiffs' rights.  Said conduct was despicable and harmful to Plaintiffs and as such supports an award of exemplary and punitive damages in an amount sufficient to punish and make an example of the Defendants and to deter them from similar such conduct in the future.

316.    Plaintiffs have no adequate remedy at law.

## FIFTH CLAIM FOR RELIEF

### (For Unfair Competition and Unfair Practices)

317.    Plaintiffs incorporate herein by reference the averments of the preceding paragraphs as though fully set forth herein.

318.    Defendants have engaged in unfair and fraudulent business practices by the acts herein alleged.  Plaintiffs allege upon information and belief that such acts will continue unless restrained by this Court.

/ / /

319.   Defendants' acts have impaired Plaintiffs' goodwill, have created a likelihood of confusion, have actually confused the public, and have otherwise adversely affected Plaintiffs' business and reputation by use of unfair and fraudulent business practices in violation of California Business & Professions Code, including Sections 17200 to 17208, and the common law.

320.   Defendants' acts have caused and, unless restrained by this Court, will continue to cause Plaintiffs and the public to suffer great and irreparable damage and injury.

321.   Plaintiffs have suffered loss of profits and other damages, and Defendants have earned illegal profits, in an amount to be proven at trial, as the result of the aforesaid acts of Defendants.  However, on the statutory unfair competition claim, Plaintiffs seeks only disgorgement of profits, and does not seek damages at law.

322.   The conduct herein complained of was extreme, outrageous, fraudulent, and was inflicted on Plaintiffs in reckless disregard of Plaintiffs' rights.  Said conduct was despicable and harmful to Plaintiffs and as such supports an award of exemplary and punitive damages in an amount sufficient to punish and make an example of the Defendants and to deter them from similar such conduct in the future.

323.   Plaintiffs have no adequate remedy at law.

## SIXTH CLAIM FOR RELIEF
### (Civil RICO)

324.   Plaintiffs incorporate herein by reference the averments of the preceding paragraphs as though fully set forth herein.

325.   As described above, Defendants intentionally trafficked in goods and services and knowingly used counterfeit marks on or in connection with such goods and services.  Such conduct is a violation of 18 U.S.C. §2320.

326.   Defendants, through the trafficking in counterfeit trademarks, engaged in a continuous and ongoing pattern of racketeering activity which consisted of numerous acts over a substantial (i.e., in excess of one year) period of time.  Plaintiffs are informed

1  and believe that Defendants' involvement in counterfeiting activities poses a serious
2  threat of continued criminal activity because Defendants can readily continue
3  participating in such racketeering activity at any point in the future.

4      327.   Plaintiffs are also informed and believe and based thereon allege that
5  Defendants' counterfeiting was repetitious and was part of Defendants' regular way of
6  doing business.

7      328.   Plaintiffs are informed and believes that Defendants have established a
8  system of making decisions in furtherance of their alleged criminal activities,
9  independent from their respective regular business practices.  Plaintiffs are further
10 informed and believe and based thereon allege that Defendants are part of and/or exist as
11 corporations which have an existence independent of Defendants' participation in
12 racketeering activity.  Aside from involvement in acts of counterfeiting, Defendants are
13 corporations selling legitimate merchandise to retailers.   Consequently, Plaintiffs are
14 informed and believe that Defendants are part of an association-in-fact enterprise.

15     329.   Defendants, either directly or indirectly, invested in, or maintained an
16 interest in the racketeering enterprise.

17     330.   Plaintiffs have suffered loss of profits and other damage, and Defendants
18 have earned illegal profits, in an amount to be proven at trial, as a direct result of the
19 aforesaid acts of Defendants.

20     331.   The conduct herein complained of was extreme, outrageous, fraudulent, and
21 was inflicted on Plaintiffs in reckless disregard of Plaintiffs' rights.  Said conduct was
22 despicable and harmful to Plaintiffs and as such supports an award of exemplary and
23 punitive damages in an amount sufficient to punish and make an example of the
24 Defendants and to deter them from similar such conduct in the future.

25     332.   Plaintiffs also seek treble damages and attorneys fees pursuant to 18 U.S.C.
26 §1864 (c).
27 / / /
28 / / /

1

## SEVENTH CLAIM FOR RELIEF

2

### (Conspiracy)

3      333.   Plaintiffs incorporate herein by reference the averments of the preceding

4 paragraphs as though fully set forth herein.

5      334.   Plaintiffs are informed and believes and thereon alleges that the Defendants

6 conspired with each other and third parties to manufacture, sell, distribute, advertise and

7 promote counterfeit goods.

8      335.   As a direct and proximate result of Defendants' conduct as alleged herein,

9 Plaintiffs have suffered and will suffer substantial damages in a sum, which is as yet

10 unknown but which exceeds the jurisdiction of this Court.  Plaintiffs will amend this

11 Complaint to allege the full amount of said damages when ascertained.

12      336.   Plaintiffs are informed and believe and allege on that basis that as a further

13 direct and proximate result of Defendants' conduct as alleged herein, Defendants have

14 unlawfully and wrongfully derived income and profits, and have been unjustly enriched

15 thereby.  Plaintiffs are entitled to restitution from Defendants of all income, profits, or

16 other benefits resulting from their conduct as alleged herein in an amount to be proven at

17 trial.

18

## EIGHTH CLAIM FOR RELIEF

19

### (Unjust Enrichment)

20      337.   Plaintiffs incorporate herein by reference the averments of the preceding

21 paragraphs as though fully set forth herein.

22      338.   The acts complained of above constitute unjust enrichment of Defendants at

23 Plaintiffs' expense, in violation of the common law of the State of California.

24

## PRAYER FOR RELIEF

25      WHEREFORE, Plaintiffs pray for relief against Defendants that:

26      A.     Defendants and their agents, servants, employees, attorneys, successors and

27 assigns, and all persons in active concert or participation with any of them, be

28 temporarily, preliminarily, and permanently enjoined and restrained from:

(1)    Infringing upon any of Plaintiffs' Marks through the sale of unauthorized or counterfeit ROCAWEAR and/or SEAN JOHN clothing, or using any word, term, name, symbol, device, or combination thereof that causes or is likely to cause confusion, mistake, or deception;

(2)    Using any word, term, name, symbol, device, or combination thereof that causes or is likely to cause confusion, mistake, or deception as to the affiliation, origin, or association of Defendants' counterfeit Plaintiffs goods with Plaintiffs, or using any false designation of origin or false or misleading description or representation of fact;

(3)    Manufacturing any goods that bear any counterfeit ROCAWEAR or SEAN JOHN Marks, alone or in combination with any other word(s) or device(s), or selling, offering for sale, distributing, advertising, or promoting any counterfeit goods that bear any of Plaintiffs' Marks, alone or in combination with any other word(s) or device(s), other than genuine ROCAWEAR and SEAN JOHN merchandise;

(4)    Using, without Plaintiffs' authorization, any words or symbols that so resemble any of Plaintiffs' Marks as to be likely to cause confusion, mistake, or deception on or in connection with the manufacture, importation, sale, offering for sale, distribution, advertisement, or promotion of any product that is not authorized by or for Plaintiffs;

(5)    Diluting or infringing the rights of Plaintiffs in and to any of Plaintiffs' Marks by selling counterfeit ROCAWEAR and SEAN JOHN clothing or otherwise damaging Plaintiffs' goodwill or business reputation; or

(6) Otherwise competing unfairly with Plaintiffs in any manner.

B.    Defendants be required to deliver to Plaintiffs' attorneys for destruction Defendants' entire inventory of infringing and unauthorized products, packaging, and labeling.

/ / /

/ / /

1    C.    Defendants, within thirty days after the service of the judgment herein, be

2  required to file with this Court and serve upon Plaintiffs' attorneys a written report under

3  oath setting forth in detail the manner in which they have complied with the judgment.

4    D.    Plaintiffs recover its lost profits and actual damages in an amount to be

5  proven at trial from Defendants (except that restitution only, and not money damages, is

6  requested in connection with the California statutory unfair-competition claims), that

7  Defendants be required to account for any of its profits that are attributable to

8  Defendants' acts, and that all such damages be trebled as provided by 15 U.S.C. § 1117,

9  18 U.S.C. §1864,  and Cal. Bus. & Prof. Code §14340, including interest thereon at the

10  maximum rate permitted by law.

11    E.    Defendants be required to disgorge its profits (as to the California

12  unfair-competition claim).

13    F.    The Court award Plaintiffs statutory damages per mark per type of goods as

14  provided under the Lanham Act.

15    G.    The Court award Plaintiffs punitive damages in connection with its

16  California State law and RICO claims.

17    H.    Plaintiffs recover its attorneys' fees.

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

COMPLAINT FOR DAMAGES

1    I.    Plaintiffs recover its taxable costs and disbursements herein.

2    J.    The Court grant Plaintiffs such other and further relief as the Court deems

3  just and proper.

4   DATED:  February 1, 2007              BLAKELY LAW GROUP

5

6                                   By: _____

7                                        Brent H. Blakely
                                         *Attorneys for Plaintiffs Rocawear*
                                         *Licensing LLC, Roc Apparel Group LLC*
8                                        *and Christian Casey LLC dba Sean John*

9   Of Counsel:
    Robert L. Tucker
    Afsutineh Latifi
10  Ali R. Latifi
    Tucker & Latifi LLP
11  160 East 84th Street
    New York, New York 10028
12  Telephone: (212) 472-6262
    Facsimile: (212) 744-6509
13

14               **DEMAND FOR JURY TRIAL**

15       Plaintiffs hereby demand a jury trial as provided by Rule 38(a) of the Federal

16  Rules of Civil Procedure.

17   DATED:  February 1, 2007              BLAKELY LAW GROUP

18

19                                  By: _____

20                                       Brent H. Blakely
                                         *Attorneys for Plaintiffs Rocawear*
                                         *Licensing LLC, Roc Apparel Group*
21                                       *LLC and Christian Casey LLC dba*
                                         *Sean John*

22  Of Counsel:
23  Robert L. Tucker
    Afsutineh Latifi
24  Ali R. Latifi
    Tucker & Latifi LLP
25  160 East 84th Street
    New York, New York 10028
26  Telephone: (212) 472-6262
    Facsimile: (212) 744-6509

27

28

**COMPLAINT FOR DAMAGES**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Rocawear Licensing, LLC
Roc Apparel Group LLC
Christian Casey LLC dba Sean John

**DEFENDANTS**
Big Kahuna
Garywood Clothing, Inc.
(continued on attachment)

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Passaic County

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
Knoxville County

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Brent H. Blakely      (323) 464-7400
Blakely Law Group
915 North Citrus Avenue
Hollywood, California  90038-2401

Attorneys (If Known)

Unknown

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☑ 2 | ☑ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No       ☑ MONEY DEMANDED IN COMPLAINT: $ 100,000+

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Lanham Act 15 U.S.C. section 1114

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No   ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number: _____

CV07-00768 (SHX)

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

---

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☐ No  ☑Yes

If yes, list case number(s): CV 03-1721 CJC (CWx)

---

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☑A. Arise from the same or closely related transactions, happenings, or events; or

☑B. Call for determination of the same or substantially related or similar questions of law and fact; or

☑C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☑D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

---

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
   Rocawear Licensing LLC - New Jersey
   Roc Apparel Group LLC - New York
   Christian Casey LLC dba Sean John - New York

List the California County, or State if other than California, in which **EACH** named defendant resides.  (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
   See attached

List the California County, or State if other than California, in which **EACH** claim arose.  (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.
   Los Angeles

---

**X. SIGNATURE OF ATTORNEY (OR PRO PER):**    _____    Date    February 1, 2007

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

---

ATTACHMENT TO CIVIL COVER SHEET

Continued from Page 1, Defendants

**DEFENDANTS:**

ROBERT NEFF; GRAND ILLUSIONS;          )
JEANS EXPRESS; YUNG J. LEE;            )
LEADERS; EDDIE ADNANE; MAGIC          )
TOUCH INTERNATIONAL INC.; PANTS       )
STORE; MICHAEL GEE; K-MOMO INC.;      )
HUN SO CHONG; ELIZABETH Y.            )
VONDRAN; CLOTHING INTERNATIONAL )
INC.; DANIEL G. DEANDA; CORTEZ        )
MEN'S CLOTHING; GLOBAL TRADING        )
COMPANY; HARRY BERKSHIRE; JOHN        )
KIM; ICED OUT GEAR; DAVE              )
GASPORIAN; JEAN FELESKY; SHAHARM )
POUREBRAHIM; JEANS PLUS DEPOT;        )
HASSAN S. RIAD; MELINA EXPORT;        )
YOUSEF CHAHINE; NEPTON INC.; ALI      )
MORADSHAHI; PASEO FASHIONS;           )
MOHAMMAD CHAHINE; POP 2000; ED        )
SHIRAZIAN; RASHEEDS STORES INC.;      )
RAMI RAHEED, also known as RAMI       )
RAHID; FITS FASHION; TRES             )
POTRILLAS; VIRGINIA ASFURA; URBAN )
SERIES INC.; AMIR ARMIN; UNITED       )
FASHION OUTLET; ANTHONY OH            )
KWON; EBLENS; RICHARD J. SEAMAN;      )
360 DEGREES INC.; BROADWAY MENS       )
FASHION; JAMAL SHATARA; JAMAL         )
SHATARA; DOROTHY RUTH STEINFELD; )
DOLLAR SAVINGS; NADIR SHALABY;        )
EMANS doing business as EMAN          )
KLOTHING HOT SPOT; AMIN               )
AMWAJEDH; EXCLUSIVE DESIGNS;          )
BEVERLEY FORESHAW; ON STAGE, also )

known as "FASHION KING, INC."; G.Q. )
MEN'S WEAR II, INC.; SEDDIQ )
MUSTAFA; J'S MENSWEAR; JUMAH )
ASKER; K FASHIONS; KUMAN SHIN; )
METZ FASHION COMPANY; PETER )
METZ; NEW YORK HI FASHIONS; )
SUNDER J. ASWANI; P.M.C; PAULA A. )
SCARBOROUGH; SUPER SALE )
INDUSTRIES, INC.; DANIEL APELBOIM; )
ULTIMATE CLOTHING , also known as )
FASHION PLACE; YOUSEF H. SHATARA; )
UP SCALE FASHION; WORLD OF DENIM, )
INC., also known as "WOD MANAGEMENT )
COMPANY, LLC", "DENIM PLACE", and/or )
"DENIM WORLD, INC." (collectively )
"WOD"); VERA STEINFELD; DISCO )
FASHIONS, INC.; GARY DASWANI; )
J-WORLD APPAREL; WILLA JENKINS; )
K&G OF OHIO, INC., affiliated with K&G )
OF INDIANA, INC. and also affiliated with )
K&G MEN'S CENTER, INC., all doing )
business as "K&G STORES" and/or "K&G )
FASHIONS"; KANICE CLOTHING )
COMPANY; WILLIE L. PARKS; KARATE )
KIDS' GIFTS & HERBS; NEW YORK HI )
FASHIONS; HARRY BUXANI; ON TIME )
FASHIONS; JOE DABIT; ROSS )
UNLIMITED, INC.; SYLVIA STRIDER )
ROSS; SPALDING HOSIERY SHOPPE; )
WILLIAM F. TURNER; UNIQUE )
IMPRESSIONS INC.; ROGER KHEMANI; )
101 FASHION INC.; A.J. SPORTS WEAR; )
ADNAN ARIF JAFRI; CHICAGO CHAMPS; )
MOHAMMID A. LODHIA; MOHAMMID A. )
LODHIA; ABDUL HAMEED; CHICAGO )
STYLE; MOHAMID AMIWALA; CLOTHES )
CIRCUIT; KAREEM ABDUL; THE )
COLLECTION INC.; RICK BADER; )
FASHION STYLE; KENNETH GOENS; 5TH )

AVENUE FASHIONS; SPORTSWEAR INC.    )
doing business as "HOLY GIFTS"; KIM    )
SPORTSWEAR; MADISON SQUARE INC.    )
doing business as "BUY FLY"; SYED    )
AHMED; MY STYLE INC.; SALEEM    )
KHAN; SAM'S FASHION INC.; SAM    )
MOHAMMAD; TARIQ ROAD INC.; IMRAN )
JAFARY; TOP FASHION; AFTAB    )
QURESHI; THE ZEMSKY CORPORATION; )
EUGENE M. ZEMSKY; THE HANG UP    )
SHOPPES, INC. doing business as MAN    )
ALIVE; JEFF BUBLICK; BROADWAY    )
MENS FASHIONS INC.; CHALLENGE    )
FASHIONS; HIP HOP WORLD    )
ENTERPRISES, INC.; NIZAR DAHAB;    )
KAREEMS FASHIONS #2; KARAM    )
KHALED; KING'S FASHIONS INC.;    )
GEORGE MURRY; NEW IMAGE; SOUL    )
TRADE INC.; GARY'S SPORTWEAR;    )
BARGAIN ANNEX; THAD BRUMFIELD;    )
SMITH & SON INC.; DELL MCCRANEY;    )
FASHION WAREHOUSE; CHRIS FELTEN;  )
PUFF'S TWELVE DOLLAR ZOO; KOY    )
MCNARY; PUDELKO'S DEPARTMENT    )
STORE; STEVE PUDELKO; A&E STORES;  )
AGAINST ALL ODDS USA, INC.; KWANG  )
WON KHYM; APC OF NEW JERSEY doing  )
business as NJ WEARHOUSE; FORMAN    )
MILLS INC.; HEIR'S INC.; JEFFREY S.    )
HEIR; SUNSHINE FASHION USA INC.;    )
NAGAM ALAWIEH; TEE'S; TERRY'S;    )
VINCENT SHIVERS; AMERICAN WEAR;    )
LARRY FAIRFIELD; BERT DROBBIN CO    )
INC.; MITCHELL DROBBIN; CENTURY 21 )
INC.; DETOUR BY REBELWEAR INC.;    )
MICHAEL FAISSA WASSIM; FASHION    )
HOUSE; TIRATH CHUGH; FAT ALBERTS    )
WAREHOUSE INC.; ALBERT SROUR;    )
GARDENIA TRADING CORP; CHOUKI    )

ISSA; GARE DISCOUNT CENTER INC.;          )
EZRA ROME; IVAL GROUP, IDM, LLC;          )
DANIEL GREENBERG; JAM JEANS INC.;         )
BASSAM ALAWIEH; MASTERS INC. doing        )
business as LADY ROSE; RICHARD            )
GREENSPAND; LOFTWORKS; LANA               )
CHOY; LOTLESS.COM, INC.;                  )
MUHAMMAD SALIM; NANA BOUTIQUE             )
OF NY INC.; QUALITY CLOTHING, also        )
known as SPEED CLOTHING; YITZHAK          )
RODITI; ROBIN MILLEN JEANS; ROBIN         )
MALEKAN; THE #1 SPOT OF NYC INC.;         )
TORGMAN IMPORT INC. doing business as     )
CITY LITE; MIKE TORGMAN; ELI'S            )
FASHION WAREHOUSE; GREG GABRIEL;          )
FAIRMONT DEPARTMENT STORE; G Q            )
MEN'S WEAR; GEEDU LALCHANDANI;            )
VARIETY WHOLESALERS, INC.; GENEO;         )
HIGH LEVEL FASHION; ANWAR                 )
ZAROUR; THE VIBE; JOHN PHILLIP            )
HARDING JR.; CITY BLUE INC.; JOE          )
NADAV; J&B SALES CO.; JULIAN              )
EBLING; NATHANS STYLEGATE INC.;           )
TODD DAVIS; BJ'S OUTLET; LEO JOYCE;       )
DOWNTOWN FASHIONS; SHAHAB                 )
KHAN; CUZ FASHIONS; IN STYLE;             )
MOHAMED ELGAMMAL; SUPER BAD               )
MEN'S CLOTHING; ABRAHAM DABIT;            )
SUPER BAD; RANDY OTHMAN; GREG'S           )
OF FRAYSER, LLC affiliated with GREG'S    )
STORE FOR MEN,  GREG'S OF RALEIGH         )
and GREG'S OF HICKORY HILL                )
(collectively, "GREG'S"); LARRY WOLF;     )
LEADER MEN'S WEAR; ALEX HASSAN;           )
MAGIC TOUCH INTERNATIONAL INC.;           )
ALEX MOHAMMED HASSAN; YOUNG               )
FASHIONS; YONG CHUN; ACTION               )
FASHIONS doing business as ACTION         )
FASHIONS II ; JERRY NAINANI; APOLLO       )

6.

FASHIONS; NARESH PUNJABI; AUCHAN )
USA INC.; AVANTE; CC )
INTERNATIONAL; GEOVANNI )
CLOTHING; MAJED M. ELSAADI; JEANS )
WAREHOUSE; LAMAR FASHION; )
SOPHIA CLARK; IMZA INC. doing business )
as "NU LIMITS"; AMIN AZIZ; BURTON'S )
MENSWEAR INC. doing business as "THE )
SCOTSMAN"; ROBERT BURTON; DJ'S )
SPORTSWEAR; URBAN STYLZ; CASUAL )
CITY; JOHN CHUNG; CITY BOY, )
                                        )
                Defendants.             )
_____ )
                                        )

7.

ATTACHMENT TO CIVIL COVER SHEET

Page 2, Item IX. Venue

BIG KAHUNA
GARYWOOD CLOTHING INC. - Alabama
ROBERT NEFF - Alabama
GRAND ILLUSIONS - Alabama
JEANS EXPRESS  - Alabama
YUNG J. LEE  - Alabama
LEADERS - Alabama
EDDIE ADNANE  - Alabama
MAGIC TOUCH INTERNATIONAL INC  - Alabama
PANTS STORE - Alabama
MICHAEL GEE  - Alabama
K-MOMO INC.  - Arizona
HUN SO CHONG - Arizona
ELIZABETH Y. VONDRAN - Arizona
CLOTHING INTERNATIONAL INC. DANIEL G. DEANDA - California
CORTEZ MEN'S CLOTHING - California
GLOBAL TRADING COMPANY  - California
HARRY BERKSHIRE  - California
JOHN KIM  - California
ICED OUT GEAR  - California
DAVE GASPORIAN  - California
JEAN FELESKY  - California
SHAHARM POUREBRAHIM  - California
JEANS PLUS DEPOT  - California
HASSAN S. RIAD  - California
MELINA EXPORT  - California
YOUSEF CHAHINE  - California
NEPTON INC. - California
ALI MORADSHAHI  - California
PASEO FASHIONS  - California
MOHAMMAD CHAHINE  - California
POP 2000  - California
ED SHIRAZIAN  - California
RASHEEDS STORES INC.  - California
RAMI RAHEED, also known as RAMI RAHID  - California

FITS FASHION  - California
\RES POTRILLAS - California
VIRGINIA ASFURA  - California
URBAN SERIES INC.  - California
AMIR ARMIN - California
UNITED FASHION OUTLET - Colorado
ANTHONY OH KWON  - Colorado
EBLENS - Connecticut
RICHARD J. SEAMAN - Florida
360 DEGREES INC. - Florida
BROADWAY MENS FASHION - Florida
JAMAL SHATARA - Florida
DOROTHY RUTH STEINFELD - Florida
DOLLAR SAVINGS - Florida
NADIR SHALABY - Florida
EMANS doing business as EMAN KLOTHING HOT SPOT - Florida
AMIN AMWAJEDH - Florida
EXCLUSIVE DESIGNS - Florida
BEVERLEY FORESHAW - Florida
ON STAGE, also known as "FASHION KING, INC." - Florida
G.Q. MEN'S WEAR II, INC. - Florida
SEDDIQ MUSTAFA - Florida
J'S MENSWEAR - Florida
JUMAH ASKER - Florida
K FASHIONS - Florida
KUMAN SHIN - Florida
METZ FASHION COMPANY - Florida
PETER METZ - Florida
NEW YORK HI FASHIONS - Florida
SUNDER J. ASWANI - Florida
P.M.C - Florida
PAULA A. SCARBOROUGH - Florida
SUPER SALE INDUSTRIES, INC. - Florida
DANIEL APELBOIM - Florida
ULTIMATE CLOTHING , also known as FASHION PLACE - Florida
YOUSEF H. SHATARA - Florida
UP SCALE FASHION - Florida
WORLD OF DENIM, INC., also known as "WOD MANAGEMENT
COMPANY, LLC", "DENIM PLACE", and/or "DENIM WORLD, INC."

(collectively "WOD") - Florida
VERA STEINFELD - Florida
DISCO FASHIONS, INC. - Georgia
GARY DASWANI - Georgia
J-WORLD APPAREL - Georgia
WILLA JENKINS - Georgia
K&G OF OHIO, INC., affiliated with K&G OF INDIANA, INC. and also
affiliated with K&G MEN'S CENTER, INC., all doing business as "K&G
STORES" and/or "K&G FASHIONS" - Georgia
KANICE CLOTHING COMPANY  - Georgia
WILLIE L. PARKS - Georgia
KARATE KIDS' GIFTS & HERBS - Georgia
NEW YORK HI FASHIONS - Georgia
HARRY BUXANI - Georgia
ON TIME FASHIONS - Georgia
JOE DABIT; ROSS UNLIMITED, INC. - Georgia
SYLVIA STRIDER ROSS - Georgia
SPALDING HOSIERY SHOPPE - Georgia
WILLIAM F. TURNER - Georgia
UNIQUE IMPRESSIONS INC. - Georgia
ROGER KHEMANI - Georgia
101 FASHION INC. - Illinois
A.J. SPORTS WEAR - Illinois
ADNAN ARIF JAFRI - Illinois
CHICAGO CHAMPS - Illinois
MOHAMMID A. LODHIA - Illinois
MOHAMMID A. LODHIA - Illinois
ABDUL HAMEED - Illinois
CHICAGO STYLE - Illinois
MOHAMID AMIWALA - Illinois
CLOTHES CIRCUIT - Illinois
KAREEM ABDUL - Illinois
THE COLLECTION INC. - Illinois
RICK BADER - Illinois
FASHION STYLE - Illinois
KENNETH GOENS - Illinois
5TH AVENUE FASHIONS - Illinois
SPORTSWEAR INC. doing business as "HOLY GIFTS" - Illinois
KIM SPORTSWEAR - Illinois

MADISON SQUARE INC. doing business as "BUY FLY" - Illinois
SYED AHMED - Illinois
MY STYLE INC. - Illinois
SALEEM KHAN - Illinois
SAM'S FASHION INC. - Illinois
SAM MOHAMMAD - Illinois
TARIQ ROAD INC. - Illinois
IMRAN JAFARY - Illinois
TOP FASHION - Illinois
AFTAB QURESHI - Illinois
THE ZEMSKY CORPORATION - Illinois
EUGENE M. ZEMSKY - Illinois
THE HANG UP SHOPPES, INC. doing business as MAN ALIVE - Indiana
JEFF BUBLICK - Indiana
BROADWAY MENS FASHIONS INC. - Louisiana
CHALLENGE FASHIONS - Louisiana
HIP HOP WORLD ENTERPRISES, INC. - Louisiana
NIZAR DAHAB - Louisiana
KAREEMS FASHIONS #2 - Louisiana
KARAM KHALED; KING'S FASHIONS INC. - Louisiana
GEORGE MURRY - Louisiana
NEW IMAGE - Louisiana
SOUL TRADE INC. - Louisiana
GARY'S SPORTWEAR - Maryland
BARGAIN ANNEX - Mississippi
THAD BRUMFIELD - Mississippi
SMITH & SON INC. - Mississippi
DELL MCCRANEY - Mississippi
FASHION WAREHOUSE - Missouri
CHRIS FELTEN - Missouri
PUFF'S TWELVE DOLLAR ZOO - Missouri
KOY MCNARY - Missouri
PUDELKO'S DEPARTMENT STORE - Nebraska
STEVE PUDELKO - Nebraska
A&E STORES - New Jersey
AGAINST ALL ODDS USA, INC. - New Jersey
KWANG WON KHYM - New Jersey
APC OF NEW JERSEY doing business as NJ WEARHOUSE - New Jersey
FORMAN MILLS INC. - New Jersey

HEIR'S INC. - New Jersey
JEFFREY S. HEIR - New Jersey
SUNSHINE FASHION USA INC. - New Jersey
NAGAM ALAWIEH - New Jersey
TEE'S - New Jersey
TERRY'S - New Mexico
VINCENT SHIVERS - New Mexico
AMERICAN WEAR - New York
LARRY FAIRFIELD - New York
BERT DROBBIN CO INC. - New York
MITCHELL DROBBIN - New York
CENTURY 21 INC. - New York
DETOUR BY REBELWEAR INC. - New York
MICHAEL FAISSA WASSIM - New York
FASHION HOUSE - New York
TIRATH CHUGH - New York
FAT ALBERTS WAREHOUSE INC. - New York
ALBERT SROUR - New York
GARDENIA TRADING CORP - New York
CHOUKI ISSA - New York
GARE DISCOUNT CENTER INC. - New York
EZRA ROME - New York
IVAL GROUP, IDM, LLC - New York
DANIEL GREENBERG - New York
JAM JEANS INC. - New York
BASSAM ALAWIEH - New York
MASTERS INC. doing business as LADY ROSE - New York
RICHARD GREENSPAND - New York
LOFTWORKS - New York
LANA CHOY - New York
LOTLESS.COM, INC. - New York
MUHAMMAD SALIM - New York
NANA BOUTIQUE OF NY INC. - New York
QUALITY CLOTHING, also known as SPEED CLOTHING - New York
YITZHAK RODITI - New York
ROBIN MILLEN JEANS - New York
ROBIN MALEKAN - New York
THE #1 SPOT OF NYC INC. - New York
TORGMAN IMPORT INC. doing business as CITY LITE - New York

MIKE TORGMAN - New York
ELI'S FASHION WAREHOUSE - North Carolina
GREG GABRIEL - New Carolina
FAIRMONT DEPARTMENT STORE - New Carolina
G Q MEN'S WEAR - New Carolina
GEEDU LALCHANDANI - New Carolina
VARIETY WHOLESALERS, INC. - New Carolina
GENEO - Ohio
HIGH LEVEL FASHION - Ohio
ANWAR ZAROUR - Ohio
THE VIBE - Ohio
JOHN PHILLIP HARDING JR. - Ohio
CITY BLUE INC. - Pennsylvania
JOE NADAV - Pennsylvania
J&B SALES CO. - Pennsylvania
JULIAN EBLING - Pennsylvania
NATHANS STYLEGATE INC. - Pennsylvania
TODD DAVIS - Pennsylvania
BJ'S OUTLET - South Carolina
LEO JOYCE - South Carolina
DOWNTOWN FASHIONS - South Carolina
SHAHAB KHAN - South Carolina
CUZ FASHIONS - South Carolina
IN STYLE - South Carolina
MOHAMED ELGAMMAL - South Carolina
SUPER BAD MEN'S CLOTHING - South Carolina ABRAHAM DABIT - South Carolina
SUPER BAD - South Carolina
RANDY OTHMAN - South Carolina
GREG'S OF FRAYSER, LLC affiliated with GREG'S STORE FOR MEN, GREG'S OF RALEIGH and GREG'S OF HICKORY HILL (collectively, "GREG'S") - Tennessee
LARRY WOLF - Tennessee
LEADER MEN'S WEAR - Tennessee
ALEX HASSAN - Tennessee
MAGIC TOUCH INTERNATIONAL INC. - Tennessee ALEX MOHAMMED HASSAN - Tennessee
YOUNG FASHIONS - Tennessee
YONG CHUN - Tennessee

ACTION FASHIONS doing business as ACTION FASHIONS II - Texas
JERRY NAINANI - Texas
APOLLO FASHIONS - Texas
NARESH PUNJABI - Texas
AUCHAN USA INC. - Texas
AVANTE; CC INTERNATIONAL - Texas
GEOVANNI CLOTHING - Texas
MAJED M. ELSAADI - Texas
JEANS WAREHOUSE - Texas
LAMAR FASHION - Texas
SOPHIA CLARK - Texas
IMZA INC. doing business as "NU LIMITS" - Texas AMIN AZIZ - Texas
BURTON'S MENSWEAR INC. doing business as "THE SCOTSMAN" -
Virginia
ROBERT BURTON - Virginia
DJ'S SPORTSWEAR - Washington
URBAN STYLZ - West Virginia
CASUAL CITY - Wisconsin
JOHN CHUNG - Wisconsin
CITY BOY - Wisconsin

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge A. Howard Matz and the assigned discovery Magistrate Judge is Stephen J. Hillman.

The case number on all documents filed with the Court should read as follows:

## CV07- 768 AHM (SHx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.